

# USCG Maritime Information Exchange
## Port State Information Exchange

☐SEARCH PSIX ☐FEATURED LINKS ☐WEB ACCESSIBILITY POLICY ☐FOIA REQUESTS ☐CONTACT US

Skip Navigation

**Results for Vessel: *DONNA J. BOUCHARD***

**Vessel Information:**

**Vessel Name:** DONNA J. BOUCHARD
**Primary Vessel Number:** 1257374 *(Official Number (U.S.))*
**Hull Identification Number:** N/A
**Manufacturer Hull Number:** VTHM2020
**IMO Number:** 9753181
**Vessel Flag:** UNITED STATES
**Vessel Call Sign:** WDI5332

**Vessel Particulars:**

**Service:** Towing Vessel
**Length:** 142.60 ft
**Breadth:** 50.00 ft
**Depth:** 28.70 ft
**Build Year:** 2016
**Alternate VINs:** N/A

**Service Information:**

**Service Status:** Active
**Out Of Service Date:** N/A
**Last Removed From Service By:** N/A

**Tonnage Information:**

**Cargo Authority:** N/A
**Tonnage:**
- 528 - Convention (Subpart B), Net Ton
- 203 - Regulatory (Subpart C or D), Net Ton
- 1763 - Convention (Subpart B), Gross Ton
- 299 - Regulatory (Subpart C or D), Gross Ton

**Vessel Documents and Certifications**

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | November 20,2019 | November 30,2020 |
| Certificate of Inspection | USCG | November 27,2018 | November 27,2023 |

**Summary of Coast Guard Contacts**

Click Here  To View Contact Data  **From:** 12/13/2014 📅  **To:** 12/13/2019 📅  *(MM/DD/YYYY)*

[Printer Friendly Version]

**Last Update:**
Monday, December 9, 2019

**EXHIBIT A**