

# USCG Maritime Information Exchange
# Port State Information Exchange

☐SEARCH PSIX  ☐FEATURED LINKS  ☐WEB ACCESSIBILITY POLICY  ☐FOIA REQUESTS  ☐CONTACT US

Skip Navigation

**Results for Vessel: B. NO. 272**

| Vessel Information: | Vessel Particulars: |
|---|---|
| **Vessel Name:** B. NO. 272 <br> **Primary Vessel Number:** 1257375 *(Official Number (U.S.))* <br> **Hull Identification Number:** N/A <br> **Manufacturer Hull Number:** VTHM2021 <br> **IMO Number:** N/A <br> **Vessel Flag:** UNITED STATES <br> **Vessel Call Sign:** WDI5766 | **Service:** Tank Barge <br> **Length:** 589.40 ft <br> **Breadth:** 91.00 ft <br> **Depth:** 47.00 ft <br> **Build Year:** 2016 <br> **Alternate VINs:** <br> • CG1232736 *(Coast Guard Number)* |

| Service Information: | Tonnage Information: |
|---|---|
| **Service Status:** Active <br> **Out Of Service Date:** N/A <br> **Last Removed From Service By:** N/A | **Cargo Authority:** Grade "B" and Lower and Authorized NLS Cargoes. <br> **Tonnage:** <br> • 13100 - Convention (Subpart B), Net Ton <br> • 16149 - Regulatory (Subpart C or D), Net Ton <br> • 19781 - Convention (Subpart B), Gross Ton <br> • 16149 - Regulatory (Subpart C or D), Gross Ton <br> • 41222 - Dead Weight, Gross Ton |

**Vessel Documents and Certifications**

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | USCG | November 20,2019 | November 30,2020 |
| Tonnage Certificate, International | ABS | February 13,2016 | |
| Certificate of Inspection | USCG | February 12,2016 | February 12,2021 |
| Certificate of Inspection - Amended | USCG | February 12,2016 | February 12,2021 |
| Classification Document | ABS | February 12,2016 | July 11,2016 |
| International Load Line Certificate | ABS | February 12,2016 | February 11,2021 |
| International Oil Pollution Prevention Certificate | ABS | February 12,2016 | February 11,2021 |
| Cargo Authority Attachment | N/A | February 9,2016 | |
| ISM - Document Of Compliance | ABS | September 7,2012 | September 18,2016 |

**Summary of Coast Guard Contacts**

Click Here  To View Contact Data  **From:** 12/13/2014  **To:** 12/13/2019  *(MM/DD/YYYY)*

[Printer Friendly Version]

**Last Update:**
Monday, December 9, 2019

EXHIBIT **B**