

# E.N. BISSO & SON, INC.
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice #   143210
Date   7/23/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 07/09/2019-07/14/2019 | EXXON BATON ROUGE 2 | 232.2 | |

| JOB # | DESCRIPTION | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 26215 | Land | 07/09 15:40 | BEVERLY B<br>ELIZABETH B | 2.00 | 1,705.00 | 3,410.00 |
| | PO #: 27212070919 | | | | | |
| 26216 | Hold In | 07/09 17:55 -21:45 | BEVERLY B | 3.75 | 685.00 | 2,568.75 |
| | Hold In | 07/09 17:55 -22:25 | ELIZABETH B | 4.50 | 685.00 | 3,082.50 |
| | Hold In | 07/09 21:45 - 07/14 06:50 | LA ELITE | 105.25 | 685.00 | 72,096.25 |
| | Hold In | 07/09 22:25 - 07/14 06:50 | JACKIE B | 104.50 | 685.00 | 71,582.50 |
| | HIGH RIVER CONDITIONS | | | | | |
| | PO #: 27212070919 | | | | | |
| 26286 | Turn For Downriver 07/14 06:50 | | J A BISSO II<br>JACKIE B | 2.00 | 1,705.00 | 3,410.00 |
| | PO #: 27212071419 | | | | | |
| | Fuel Surcharge | | | 156,150.00 | 18.00% | 28,107.01 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due**
By: 08/22/2019   $184,257.01

Provide Remittance
Details to:
billing@enbisso.com

EFT Instructions
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 143235
Date 7/23/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 07/14/2019-07/14/2019 | BATON ROUGE MEAL ANCHORAGE | 229.3 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 26287 | Head Up And Anchor | 07/14 | 07:35 | J A BISSO II<br>JACKIE B | 2.00 | 1,705.00 | 3,410.00 |
| | PO # : 27212071419 | | | | | | |
| | Fuel Surcharge | | | | 3,410.00 | 18.00% | 613.80 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due** $4,023.80
By: 08/22/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 143300
Date 7/26/2019

Bill To
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 07/16/2019-07/18/2019 | GENESIS PORT ALLEN | 229.2 | |

| JOB # | DESCRIPTION | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 26362 | Land | 07/16 07:00 | ELIZABETH B<br>J A BISSO II | 2.00 | 1,705.00 | 3,410.00 |
| | Tractor Tug Requested | | | | | |
| | Premium charge waived | | | | | |
| | PO #: 27212071619 | | | | | |
| 26363 | Hold In | 07/16 09:30 - 07/18 05:50 | J A BISSO II | 44.50 | 685.00 | 30,482.50 |
| | Tractor Tug Requested | | | | | |
| | Hold In | 07/16 09:30 - 07/18 05:50 | ELIZABETH B | 44.50 | 685.00 | 30,482.50 |
| | Tractor Tug Requested | | | | | |
| | HOLD IN DUE TO HIGH RIVER | | | | | |
| | PO #: 27212071619 | | | | | |
| 26421 | Turn For Downriver 07/18 05:50 | | ELIZABETH B<br>J A BISSO II | 2.00 | 1,705.00 | 3,410.00 |
| | PO #: 27212071819 | | | | | |
| | Fuel Surcharge | | | 67,785.00 | 18.00% | 12,201.30 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due**
By: 08/25/2019
$79,986.30

Provide Remittance Details to:
billing@enbisso.com

EFT Instructions
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice #  143360
Date  7/30/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 07/18/2019-07/18/2019 | LAGRANGE ANCHORAGE | 66.5 | |

| JOB # | DESCRIPTION | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|
| 26445 | Head Up And Anchor  07/18  14:20- 21:30   (14:20-16:00 & 17:40-21:30)   *PO # : 27212071819* | DEE WHITE | 5.50 | 685.00 | 3,767.50 |
| | Fuel Surcharge | | 3,767.50 | 17.00% | 640.48 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due By: 08/29/2019**  $4,407.98

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
**INCLUDE INVOICE #**

**EXHIBIT C**



# E.N. BISSO & SON, INC.
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 143375
Date 7/30/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 07/20/2019-07/21/2019 | PBF CHALMETTE | 89.1 | |

| JOB # | DESCRIPTION | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 26496 | Land | 07/20 12:25 | CECILIA B SLATTEN<br>DEE WHITE | 2.00 | 1,705.00 | 3,410.00 |
| | PO #: 27212072019 | | | | | |
| 26497 | Hold In | 07/20 14:50 - 07/21 17:30 | DEE WHITE | 27.00 | 685.00 | 18,495.00 |
| | HOLD IN DUE TO HIGH RIVER | | | | | |
| | PO #: 27212072119 | | | | | |
| 26532 | Turn For Sea | 07/21 17:30 | DEE WHITE<br>MARDI GRAS | 2.00 | 1,705.00 | 3,410.00 |
| | PO #: 27212072119 | | | | | |
| | Fuel Surcharge | | | 25,315.00 | 16.00% | 4,050.40 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due** $29,365.40
By: 08/29/2019

Provide Remittance Details to:
billing@enbisso.com

EFT Instructions
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 143581
Date 7/31/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | | MILE | TARIFF ZONE | |
|---|---|---|---|---|---|
| 07/28/2019-07/29/2019 | POINT CELESTE ANCHORAGE | | 50.2 | | |
| **JOB #** DESCRIPTION | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
| 26793 Escort 07/28 16:05 -20:25 | | DEE WHITE | 4.50 | 685.00 | 3,082.50 |
| Escort 07/28 20:25 - 07/29 15:40 | | CAPT BUD BISSO | 19.50 | 685.00 | 13,357.50 |
| (ESCORT FROM POINT CELESTE ANCHORAGE TO GENESIS PORT ALLEN - RADAR ISSUES) | | | | | |
| PO # : 27214A072819 | | | | | |
| Fuel Surcharge | | | 16,440.00 | 18.00% | 2,959.20 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due By: 8/30/2019**  $19,399.20

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 143582
Date 7/31/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 07/29/2019-07/31/2019 | GENESIS PORT ALLEN | 229.2 | |

| JOB # | DESCRIPTION | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 26798 | Land | 07/29 15:40 | CAPT BUD BISSO JACKIE B | 2.00 | 1,705.00 | 3,410.00 |
| | PO #: 27214072919 | | | | | |
| 26812 | Hold In | 07/29 17:30 - 07/30 17:15 | CAPT BUD BISSO | 24.00 | 685.00 | 16,440.00 |
| | Hold In | 07/29 17:30 - 07/31 06:25 | LA COMMANDER | 37.00 | 685.00 | 25,345.00 |
| | HOLD IN DUE TO HIGH RIVER | | | | | |
| | PO #: 27214072919 | | | | | |
| 26859 | Turn For Downriver 07/31 06:25 | | CAPT BUD BISSO JACKIE B | 2.00 | 1,705.00 | 3,410.00 |
| | PO #: 27214073119 | | | | | |
| | Fuel Surcharge | | | 48,605.00 | 18.00% | 8,748.90 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due By: 8/30/2019**    $57,353.90

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



# E.N. BISSO & SON, INC.
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 143590
Date 7/31/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
ASSOCIATED FEDERAL PILOTS & DOCKING MASTERS OF LOU

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 07/31/2019-07/31/2019 | BELLE CHASSE ANCHORAGE | 73.1-75.2 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 26866 | Head Up And Anchor<br>PO # : 27215073119 | 07/31 | 16:55 | DEE WHITE | 1.00 | 1,705.00 | 1,705.00 |
| | Fuel Surcharge | | | | 1,705.00 | 18.00% | 306.90 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due** $2,011.90
By: 8/30/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 412 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

EXHIBIT C



# E.N. BISSO & SON, INC.
1 Walnut Street, New Orleans, LA 70118
504-828-3296  billing@enbisso.com

Invoice #    143677
Date         8/14/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 08/01/2019-08/01/2019 | BELLE CHASSE ANCHORAGE | 73.1-75.2 | |

| JOB # | DESCRIPTION | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|
| 26888 | Turn For Sea  08/01  05:45 | ARCHIE T HIGGINS | 1.00 | 1,705.00 | 1,705.00 |
| | Delay Time  08/01  03:30 -05:45 | | 1.50 | 0.00 | 0.00 |
| | ANCHOR ISSUES / CHARGES WAIVED | | | | |
| | PO # : 27215080119 | | | | |
| | Fuel Surcharge | | 1,705.00 | 18.00% | 306.90 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due By : 09/13/2019**      $2,011.90

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 4 12 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 144775
Date 10/11/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 10/07/2019-10/07/2019 | MAGNOLIA ANCHORAGE | 45.5-47.6 | |

| JOB # | DESCRIPTION | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|
| 28548 | Turn For Sea  10/07  14:15- 16:05 | DEE WHITE | 2.00 | 685.00 | 1,370.00 |
| | PO # : 272/14A/10719 | | | | |
| | Fuel Surcharge | | 1,370.00 | 16.00% | 219.20 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due** $1,589.20
By : 11/10/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 4 12 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice #	144913
Date	10/22/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY  11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 10/16/2019-10/19/2019 | MAGELLAN MARRERO | 99.5 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 28758 | Land | 10/16 | 11:00 | CECILIA B SLATTEN<br>J A BISSO II | 2.00 | 1,705.00 | 3,410.00 |
| | Tractor Tug Requested | | | | | | |
| | Premium charge waived | | | | | | |
| | PO # : 27215101619 | | | | | | |
| 28847 | Turn For Downriver | 10/19 | 16:30 | GLADYS B<br>MICHAEL S | 2.00 | 1,705.00 | 3,410.00 |
| | Tractor Tug Requested | | | | | | |
| | Premium charge waived | | | | | | |
| | PO # : 27215101919 | | | | | | |
| | Fuel Surcharge | | | | 6,820.00 | 17.00% | 1,159.40 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.
728

**TERMS**
Net 30 Days

**Amount Due**    **$7,979.40**
By : 11/21/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 4 12 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 144925
Date 10/22/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 10/19/2019-10/20/2019 | BELLE CHASSE ANCHORAGE | 73.1-75.2 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 28848 | Head Up And Anchor  PO #: 27215101919 | 10/19 | 19:15 | GLADYS B | 1.00 | 1,705.00 | 1,705.00 |
| 28869 | Turn For Sea  PO #: 27215102019 | 10/20 | 04:15 | DEE WHITE | 1.00 | 1,705.00 | 1,705.00 |
| | Fuel Surcharge | | | | 3,410.00 | 16.00% | 545.60 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due** $3,955.60
By: 11/21/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 4 12 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**



**E.N. BISSO & SON, INC.**
1 Walnut Street, New Orleans, LA 70118
504-828-3296 billing@enbisso.com

Invoice # 145026
Date 10/28/2019

**Bill To**
TUG DONNA BOUCHARD/ B 272 And/Or Owners

BOUCHARD TRANSPORTATION
SUITE 150
58 SOUTH SERVICE ROAD
MELVILLE, NY 11747

**Responsible Party**
BOUCHARD TRANSPORTATION

**Agent**
BOUCHARD TRANSPORTATION CO., INC.

| SERVICE DATES | LOCATION | MILE | TARIFF ZONE |
|---|---|---|---|
| 10/16/2019-10/19/2019 | MAGELLAN MARRERO | 99.5 | |

| JOB # | DESCRIPTION | | | TUG(S) | QTY/HRS | UNIT/PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 28759 | Hold In | 10/16 12:35 - 10/17 06:50 | | J A BISSO II | 18.25 | 685.00 | 12,501.25 |
| | Hold In | 10/17 06:50 -08:25 | | GLADYS B | 1.75 | 685.00 | 1,198.75 |
| | Hold In | 10/17 08:25 - 10/19 05:50 | | J A BISSO II | 45.50 | 685.00 | 31,167.50 |
| | Hold In | 10/19 05:50 -16:30 | | GLADYS B | 10.50 | 685.00 | 7,192.50 |
| | AGENT REQUESTED | | | | | | |
| | PO # : 27215101619 | | | | | | |
| | Fuel Surcharge | | | | 52,060.00 | 17.00% | 8,850.21 |

Business is transacted per our tariff or specific customer agreements. Invoices not paid within terms as outlined on this invoice are subject to 1.5% interest per month. If placed for collection with an attorney or collection service, a 25% fee will be assessed.

728

**TERMS**
Net 30 Days

**Amount Due** $60,910.21
**By :** 11/27/2019

**Provide Remittance Details to:**
billing@enbisso.com

**EFT Instructions**
WELLS FARGO BANK, N.A
SAN FRANCISCO, CA

ABA: 121 000 248
ACCT: 4 12 462 6300
SWIFT: WFBIUS6S
INCLUDE INVOICE #

**EXHIBIT C**