UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| E.N. BISSO & SON, INC. | § § | CIVIL ACTION No. |
| VS. | § § | SECTION |
| M/V DONNA J. BOUCHARD, her tackle, furniture, apparel, appurtenances, *etc.* in *rem,* and the Barge B. NO. 272, her tackle, furniture, apparel, appurtenances, *etc.* in *rem* and BOUCHARD TRANSPORTATION CO., INC. *in personam* | § § § § § § § § | DIVISION " "  JUDGE:  MAGISTRATE: |

## **VERIFYING DECLARATION**

STATE OF LOUISIANA

PARISH OF ORLEANS

According to 28 U.S.C. § 1746, I declare under penalty of perjury as follows:

1. I am over the age of eighteen (18) years old and have thus obtained the age of majority. I am otherwise competent to testify.

2. I am the Vice President of Operations & General Counsel for plaintiff herein, E.N. Bisso & Son, Inc. (the "*Plaintiff*" or sometimes "E.N. Bisso") having been continuously employed with E.N. Bisso since July of 2005. From October of 2012 I have served as Vice President of Operations. I am duly authorized to make this Verification on behalf of the Plaintiff.

3. I have reviewed the foregoing Verified Complaint, and all the allegations of fact contained therein and they are true and correct to the best of my knowledge, information, and belief.

4. My knowledge of the facts contained in the Verified Complaint is based upon my personal, first-hand, knowledge of the Plaintiff's business operations, including but not limited to

EXHIBIT D

the assignment and use of its own and contracted towing vessels to provide marine towage and other services to ocean-going vessels including articulated tug/barge units calling at points and places upon the Lower Mississippi River as well as Plaintiff's billing and collections practices, accounts receivable, account aging and customer relations.

5. I have specific knowledge of the marine towage and marine services that were rendered by E.N. Bisso's owned, operated and/or contracted towing vessels to the order of the M/V DONNA J. BOUCHARD and the barge B. NO. 272 (hereinafter collectively the "Vessels") and/or Owners of these Vessels, including Bouchard Transportation Co., Inc. (hereinafter "Owners").

6. True, accurate and correct invoices, Invoice Nos. 143210, 143235, 143300, 143360, 143375, 143581, 143582, 143590, 143677, 144775, 144913, 144925 and 145026, are attached to the Verified Complaint, which were directed to the M/V DONNA J. BOUCHARD and barge B. NO. 272 and/or the Owners of said Vessels detailing the work performed by E.N. Bisso. All together these Invoices total $457,251.80. These Invoices remain past due and owing.

7. My investigation into the current whereabouts of the Owners of the Vessels indicates that neither the Owners of the Vessels nor its respective officers or principals can be found within this judicial district, and thus the difficulty of serving them demonstrates that exigent circumstances exist warranting prompt issuance of summons(es) and warrant(s) of arrest for the Vessels under Rule C(3)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Local Admiralty Rule 4.1.

8. The Vessels can be found lying safely at anchor as a combined single unit in Nine Mile Anchorage at approximately Mile 83 Above Head of Passes, on the Left Ascending Bank

EXHIBIT D

of the Lower Mississippi River below Algiers, LA.

9. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2019.

*Michael F. Vitt*
Michael F. Vitt

EXHIBIT D