UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC. § | CIVIL ACTION No. 19-14666 |
| § | |
| VS. § | SECTION "E" DIVISION 2 |
| § | |
| M/V DONNA J. BOUCHARD, her tackle, § | JUDGE: MORGAN |
| furniture, apparel, appurtenances, *etc. in* § | |
| *rem,* and the Barge B. NO. 272, her tackle, § | MAGISTRATE: VAN MEERVELD |
| furniture, apparel, appurtenances, *etc. in* § | |
| *rem* and BOUCHARD § | |
| TRANSPORTATION CO., INC. *in* § | |
| *personam* § | |

## ORDER

Considering the foregoing *ex parte* Motion to Appoint Substitute Custodian;

**IT IS HEREBY ORDERED** that PLAINTIFF E.N. BISSO AGREES TO PROCURE BLUE MARINE SECURITY LLC THROUGH ITS AUTHORIZED AGENT, TOM LATTA, 121 HERMAN DRIVE, BELLE CHASSE, LA 70037, TELEPHONE (504) 914-0188 AS SUBSTITUTE CUSTODIAN AND PAY FOR SERVICES RENDERED;

**IT IS FURTHER ORDERED** that PLAINTIFF AND/OR BLUE MARINE SECURITY LLC AGREES TO RELEASE AND HOLD HARMLESS, AND INDEMNIFY THE UNITED STATES OF AMERICA, THE UNITED STATES MARSHAL, THEIR AGENTS, SERVANTS, EMPLOYEES, AND ALL OTHERS FOR WHOM THEY ARE RESPONSIBLE, FROM ANY AND ALL LIABILITY OR RESPONSIBILITY FOR CLAIMS ARISING FROM THE ARREST OR ATTACHMENT OF THE VESSELS;

**IT IS FURTHER ORDERED** that Blue Marine Security, LLC, ("***Blue Marine***"), through its Agent, Tom Latta, is hereby appointed substitute custodian for the United States Marshal in connection with the arrest of the Articulated Tug/Barge unit consisting of the M/V DONNA J. BOUCHARD bearing United States Coast Guard Documentation Number 1257374,

IMO Number 9753181 and the Barge B. NO. 272, bearing United States Coast Guard Documentation Number 1257375, their equipment, engines, tackle, appurtenances, etc. (the "***Vessels***") and will perform the custodial services for the Vessels, including maintaining adequate liability insurance to respond to damages; and

**IT IS FURTHER ORDERED** that the United States Marshal be, and it hereby is authorized and directed, upon seizure of the Vessels pursuant to a Warrant of Vessel Arrest, to surrender the possession of such Vessels to Blue Marine, and that upon such surrender, the United States Marshal, its officers, deputies, agents, servants, employees and insurers shall be in all respects discharged from all duties and responsibilities or the safekeeping of said Vessels;

**IT IS FURTHER ORDERED** that the Vessels shall remain at the Vessels' current location at Nine Mile Anchorage, Mile 83 A.H.P., Lower Mississippi River, pending further Order of this Court, and be maintained in the same order and condition as when surrendered to it under this Order, normal wear and tear excepted;

New Orleans, Louisiana, this 18th day of December, 2019.

_____*Susie Morgan*_____
UNITED STATES DISTRICT COURT JUDGE