UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| E.N. BISSO & SON, INC.<br><br>VERSUS<br><br>M/V DONNA J. BOUCHARD, her tackle, furniture, apparel, appurtenances, *etc.*, *in rem*, and the Barge B. No. 272, her tackle, furniture apparel, appurtenances, *etc. in rem*, and BOUCHARD TRANSPORTATION, CO., INC. *in personam* | CIVIL ACTION NO.: 2:19-cv-14666<br>Admiralty – Rule 9(h)<br><br>SECTION E \| DIVISION 1<br><br>JUDGE MORGAN<br><br>MAGISTRATE VAN MEERVELD |

## **UNCONTESTED MOTION FOR LEAVE TO FILE INTERVENTION**

NOW INTO COURT, through undersigned counsel, comes Intervenors, Crescent Towing & Salvage Co., Inc. ("Crescent") and Cooper/T. Smith Mooring Co., Inc. ("CTS Mooring"), who respectfully move this Honorable Court for an Order authorizing the filing of an Intervention in the above-referenced matter on showing to the Court that E.N. Bisso & Son, Inc. have filed a Complaint under Rule C of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions requesting an *in rem* arrest of the Barge B. No. 272 to enforce their maritime lien against the vessel for support and towage services provided to the vessel. Intervenor, Crescent provided towing services and necessaries, for which it has not been paid, to the same vessel within the Eastern District of Louisiana. Additionally, CTS Mooring provided mooring services and necessaries, for which it has not been paid, to the same vessel within the Eastern District of Louisiana. Thus, both Crescent and CTS Mooring likewise have a maritime lien against the Barge B. No. 272 pursuant to the Federal Maritime Lien Act, 46 U.S.C. §31341, *et seq.* and seek to arrest the vessel under Rule C of the of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. All counsel of record has been contacted by undersigned counsel and there has been no objection to the filing of this Motion for Leave to File Intervention.

WHEREFORE, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc. pray that this Court grant leave to allow them to intervene in the above-referenced matter to assert their maritime lien against the Barge B. No. 272 *in rem*.

        Respectfully submitted:

        SALLEY HITE MERCER & RESOR, LLC

        */s/ Kevin Frey*
        DAVID M. FLOTTE T.A. (#1364)
        KEVIN M. FREY (#35133)
        365 Canal Street
        One Canal Place, Suite 1710
        New Orleans, Louisiana 70130
        Tel.:   (504) 566-8800
        Fax:   (504) 566-8828
        Email: dflotte@shmrlaw.com
                kfrey@shmrlaw.com

        Counsel for Intervenors, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on December 20, 2019, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

        */s/ Kevin Frey*
        KEVIN M. FREY