UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **E. N. BISSO & SON, INC.** | * | **CIVIL ACTION** |
| **VERUS** | * | **NO. 19-cv-14666** |
| **M/V DONNA J. BOUCHARD her tackle, furniture, apparel, appurtenances,** *etc. in rem*, **and the Barge B. NO. 272, her tackle, furniture, apparel, appurtenances,** *etc. in rem* **and BOUCHARD TRANSPORTATION CO., INC.** *in personam* | *  *  * | **SECTION "E" (1)**  **JUDGE MORGAN**  **MAGISTRATE MEERVELD** |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion to Appoint Substitute Custodian,

**IT IS HEREBY ORDERED** that Tug DONNA J. BOUCHARD Corp., through Captain Richard Bates and Relief Captain Walter Burns of the M/V DONNA J. BOUCHARD, is hereby appointed as the substitute custodian of the Articulated Tug and Barge Unit consisting of the M/V DONNA J. BOUCHARD and the Barge B. NO. 272 (the "*Vessels*"), which are presently under arrest in these proceedings, in the place of the United States Marshal and the prior substitute custodian, Blue Marine Security, LLC;

**IT IS FURTHER ORDERED** that Tug DONNA J. BOUCHARD Corp. agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, and employees and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the Vessels and the appointment and service of Tug DONNA J. BOUCHARD Corp. as substitute custodian;

**IT IS FURTHER ORDERED** that Blue Marine Security, LLC, which has acted as substitute custodian of the Vessels pursuant to the Court's December 18, 2019 Order, is hereby relieved of any further duties or obligations as substitute custodian of the Vessels, as stated in the

Court's December 18, 2019 Order, upon the signing of this Order appointing Tug DONNA J. BOUCHARD Corp. as the substitute custodian of the Vessels; and

**IT IS FURTHER ORDERED** that the Vessels are allowed and permitted to move from one dock or anchorage to another within this District, and, if necessary, to undergo routine repairs and maintenance, all while the Vessels remain under arrest and attachment. Reasonable expenses incurred in moving and/or repairing the Vessels will be allowed as *custodia legis* expenses.

New Orleans, Louisiana, this 15th day of January 2020.

_____
SUSIE MORGAN
UNITED STATES DISTRICT COURT JUDGE