UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| E.N. BISSO & SON, INC. | § | CIVIL ACTION No.: 2:19-cv-14666 |
| | § | |
| VS. | § | SECTION "E" |
| | § | |
| M/V DONNA J. BOUCHARD, her tackle, | § | DIVISION "1" |
| furniture, apparel, appurtenances, *etc. in rem,* | § | |
| and the Barge B. NO. 272, her tackle, furniture, | § | JUDGE MORGAN |
| apparel, appurtenances, *etc. in rem* and | § | |
| BOUCHARD TRANSPORTATION CO., | § | MAGISTRATE VAN MEERVELD |
| INC. *in personam* | § | |
| | § | |

## VERIFIED COMPLAINT IN INTERVENTION

**NOW INTO COURT** through undersigned counsel, comes Plaintiff/Intervenor Louisiana

Machinery Company, L.L.C., d/b/a Resource Power Group, (" *LA Machinery*"), and files this

Verified Complaint in Intervention (the "*Verified Complaint*") to assert claims against the M/V

DONNA J. BOUCHARD (the "*M/V DONNA J. BOUCHARD*") and Barge *B. NO. 272* (the

"*Barge*"), and the respective tackle, furniture, apparel, appurtenances for each vessel, *in rem*

(together, the "*Vessels*") and Bouchard Transportation Co., Inc.. *in personam*, ("*Bouchard*," and

together with the Vessels, the "*Defendants*")*,* and in support thereof, respectfully represents as

follows:

1.

This is an admiralty and maritime action to foreclose upon a maritime lien for equipment

and maintenance support to the Vessels and for suit on open account, within the jurisdiction of the

United States of America and this Honorable Court pursuant to 28 U.S.C. § 1333 and within the

meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules

Governing Certain Admiralty and Maritime Claims, specifically Supplemental Admiralty Rules C

and E. The Court also has jurisdiction over this action pursuant to the Federal Maritime Lien Act

46 U.S.C. § 31341, *et seq.*

2.

Venue is proper in this District pursuant to 27 U.S.C. § 1391(b).

3.

At all relevant times, LA Machinery was and is a limited liability company organized and existing under the laws of the State of Louisiana, where it supplies engines, engine parts, and other maintenance support services for vessels.

4.

Defendant Vessels are an Articulated Tug/Barge unit that comprises the Barge and towing vessel M/V DONNA J. BOUCHARD bearing United States Coast Guard Documentation Number 1257374, IMO Number 9753181, which is registered under the laws of the United States. The Vessels are currently located within this District subject to Warrants of Arrest which were served on the Vessels on December 18, 2019. *See* ECF Doc. Nos. 8, 9.

5.

At all material times herein, defendant Bouchard was and is a corporation organized under the laws of State of New York, which is authorized to do and doing business within the jurisdiction of this Honorable Court. Bouchard was and is the registered owner/operator of the Vessels. Service of process may be made upon Bouchard by serving Morton S. Bouchard III at 48 South Service Road, Suite 150, Melville, New York 11747.

**COUNT I**
**SALE OF VESSEL**

6.

Between November 10, 2017 and July 4, 2019, LA Machinery provided equipment and repair support on behalf of Bouchard on open account as evidenced by the invoices attached hereto

2

and incorporated by reference as **Exhibit "A."** (the "*Invoices*").[1] Despite providing such equipment and repair support and requesting payment thereon, Bouchard has failed to pay any amounts owed under the Invoices, which are due and owing in the principal amount of no less than $62,898.76.

7.

Among these services, LA Machinery provided equipment for the Vessels on or about two dates, November 20, 2018 and May 2, 2019, in the amounts of $2,609.48 and $13,224.77, respectively, on behalf of Bouchard and the Vessels, at Bouchard's request, including sensors, gaskets, a water pump, and a valve assembly, as reflected in Invoice Nos. P43C7054851 and P43C7220917 (the "***Donna Bouchard Invoices***"). *See* Exhibit A, pp. 9, 14. Bouchard has failed to satisfy the amounts due and owing under the Donna Bouchard Invoices in the principal amount of $14,915.17, after receiving a credit for partial payment in the amount of $919.08.

8.

The equipment LA Machinery provided to the Vessels constitute necessaries under the Federal Maritime Lien Act, 46 USC § 31341, *et seq.*

9.

LA Machinery sent Bouchard the Donna Bouchard Invoices in the amount of $15,834.25, evidencing in detail the parts and equipment provided to the Vessels described above, including the date such necessaries were provided. *See* Exhibit A, pp. 9, 14. As established therein and the Invoice Aging Report attached hereto as **Exhibit "B,"** the total principal amount for which Bouchard and the Vessels are jointly liable to LA Machinery under the Donna Bouchard Invoices is $14,915.17.

---

[1] As reflected in the Invoices, there are amounts owed to LA Machinery from Bouchard and vessels owned and/or operated by Bouchard for which LA Machinery does not seek recovery in this action. LA Machinery intends to recover such amounts in future proceedings, if necessary, and hereby expressly reserves, and does not waive, any rights to seek such amounts from Bouchard and those vessels, the credit of which LA Machinery relied upon and continues to rely upon for repayment of amounts due to LA Machinery, along with the credit of Bouchard.

10.

The Donna Bouchard Invoices reflect necessaries provided and work performed on the order of or for the benefit of the Vessels and Bouchard. The charges shown on the Donna Bouchard Invoices were specifically requested and agreed to by the Vessels and Bouchard, and are fair and reasonable for the work related to the operations of the Vessels and Bouchard.

11.

Despite amicable demand, Bouchard and the Vessels have failed to make proper payment for the parts and equipment provided by LA Machinery as reflected in the Donna Bouchard Invoices, which remain past due and owing to LA Machinery in the principal amount of $14,915.17.

12.

The equipment provided by LA Machinery give rise to maritime liens against the Vessels under general maritime law and the Federal Maritime Lien Act, 46 U.S.C. § 31341, *et seq.,* entitling LA Machinery to have the Vessels sold to satisfy the debt pursuant to Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

13.

LA Machinery thus has a maritime lien against the Vessels for the unpaid balances under the Donna Bouchard Invoices, together with attorney's fees of 25% of the amount sought to be collected, interest, costs and any other recoverable damages.

**COUNT II**
**SUIT ON OPEN ACCOUNT**

14.

LA Machinery incorporates and restates in this Count II all foregoing allegations in the Verified Complaint as if set forth fully herein.

15.

Bouchard is justly and truly indebted to LA Machinery in the principal amount of no less than $62,898.76, together with interest at the maximum amount allowed by law, until finally paid, and for all costs incurred in connection herewith, pursuant to Louisiana Revised Statute § 9:2781, for the following reasons, to wit.

16.

From November 10, 2017 to July 4, 2019, LA Machinery provided goods and repair support to Bouchard, which maintained an open account with LA Machinery and incurred charges for those goods in an amount no less than $62,898.76.

17.

LA Machinery issued Invoices[2] for the equipment provided to Bouchard and/or the Vessels, which are attached hereto as **Exhibit A** and incorporated herein by reference.

18.

The charges shown in the Invoices were specifically requested, agreed to, and are fair and reasonable for the work performed by LA Machinery and furnished to Bouchard and/or the Vessels.

19.

Despite amicable demand and adequate notice, Bouchard has not paid the balance due on the account nor attempted to make arrangements with LA Machinery to satisfy the outstanding amount.

20.

---

[2] As reflected in the Invoices, there are amounts owed to LA Machinery from Bouchard and vessels owned and/or operated by Bouchard for which LA Machinery does not seek recovery in this action. LA Machinery intends to recover such amounts in future proceedings, if necessary, and hereby expressly reserves, and does not waive, any rights to seek such amounts from Bouchard and those vessels, the credit of which LA Machinery relied upon and continues to rely upon for repayment of amounts due to LA Machinery, along with the credit of Bouchard.

Accordingly, LA Machinery is entitled to recover the principal balance due on open account, $62,898.76, together with the maximum legal interest allowed by law, costs of these proceedings, reasonable attorneys' fees, and any other legal and equitable relief as the Court deems just and proper.

**WHEREFORE**, Louisiana Machinery, d/b/a Resource Power Group, prays that Defendants be cited to appear and answer the Complaint and:

1) That this Verified Complaint be deemed good and sufficient;

2) That process in due form of law, according to the practice of this Court in cases of admiralty jurisdiction, issue against Bouchard Transportation, Co., Inc., *in personam*, citing it to appear and answer this Verified Complaint;

3) That process according to the rules and practices of this Court in causes of admiralty and maritime jurisdiction, particularly Rules C and E of the Supplemental Rules of Certain Admiralty and Maritime Procedures issue against the M/V DONNA J. BOUCHARD and the Barge B. NO. 272, their engines, tackle, boilers, equipment, appurtenances, etc., and any other property aboard said vessel, *in rem*;

4) That a judgment be entered in favor of Louisiana Machinery, LLC d/b/a Resource Power Group, against the M/V DONNA J. BOUCHARD and the Barge B. NO. 272, *in rem*, in the amount of $14,915.17, and that there be judgment herein against Bouchard Transportation Co., Inc., *in personam,* for the principal amount of $62,898.76, on open account, together with costs, expenses, interest and attorney's fees as set forth above; and

5) That this Court grant Louisiana Machinery, LLC d/b/a Resource Power Group such other and further relief which it may deem just and proper.

LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD

Respectfully submitted,

 _/s/ Stewart F. Peck_____
STEWART F. PECK (#10403)
JAMES W. THURMAN (#38494)
601 Poydras Street Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawal.com;
jthurman@lawla.com

*Attorneys for Louisiana Machinery, L.L.C.*
*d/b/a Resource Power Group*

| | | |
|---|---|---|
| E.N. BISSO & SON, INC. | § | CIVIL ACTION No.: 2:19-cv-14666 |
| | § | |
| VS. | § | SECTION "E" |
| | § | |
| M/V DONNA J. BOUCHARD, her tackle, | § | DIVISION "1" |
| furniture, apparel, appurtenances, *etc. in rem,* | § | |
| and the Barge B. NO. 272, her tackle, furniture, | § | JUDGE MORGAN |
| apparel, appurtenances, *etc. in rem* and | § | |
| BOUCHARD TRANSPORTATION CO., | § | MAGISTRATE VAN MEERVELD |
| INC. *in personam* | § | |
| | § | |

## **VERIFICATION**

STATE OF LOUISIANA

PARISH OF ORLEANS

  BEFORE ME, THE UNDERSGINED AUTHORITY, personally came and appeared

STEWART F. PECK, who after being duly sworn, did say,

  I am an attorney representing Intervenor, Louisiana Machinery, LLC d/b/a Resource Power Group, in this matter and that the information set forth in the Verified Complaint in Intervention is true and correct based upon information and documentation provided to me by my client, and that grounds exist for the arrest and sale of the Barge B. No. 272 and the M.V. DONNA J. BOUCHARD under 46 U.S.C § 31342 and Rules C and E of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and that such amounts as asserted therein are due and owing from such Vessels and/or Bouchard Transportation, Co. Inc.

                _____
                 STEWART F. PECK

SWORN AND SUBSCRIBED BEFORE
ME, NOTARY, THIS 24TH DAY OF
JANUARY 2020.

_____
CHRISTOPHER T. CAPLINGER
NOTARY PUBLIC
LA BAR No. 25357, Notary No. 68337
Parish of Orleans, State of Louisiana
My Commission is issued for Life

8



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available
for viewing/printing on our website
at www.louisianacat.com

SOLD TO:

SHIP TO:

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6685217 | 11-20-17 | 100046 | 9098948 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000406 | 11-20-17 | 14 | | 10 | | 6542983 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | PARTS SALES PERSON: CHIMAS J SYLVE | | | | |
| 1 | 40164578 | | PWR PACK        S | 4440.17 | 4440.17 |
| | | | TOTAL PARTS | | 4440.17 T |
| | | | MAK MKT 10% DISC | | 444.02-T |
| | | | SUBTOTAL BEFORE TAXES | | 3996.15 |
| | | · | | | |
| | | | USD | | 3996.15 |

EXHIBIT
A

**TERMS:**                                              ***-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 3,996.15 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available
for viewing/printing on our website
at www.louisianacat.com

SOLD TO:

SHIP TO:

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6744237 | 01-26-18 | 100046 | 9048641 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000405 | 11-17-17 | 14 | | 10 | | 6596233 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 8 | 9095844 | | SEAL.. O-ring - Va S | 39.70 | 317.60 |
| 8 | 9095821 | | SEAL.. O-ring - Ha N | 1.56 | 12.48 |
| | | | TOTAL PARTS | | 330.08 T |
| | | MAK MKT 10% DISC | | | 33.01-T |
| | | | SUBTOTAL BEFORE TAXES | | 297.07 |
| | | . | | | |
| | | | USD | | 297.07 |

**TERMS:**                                    *-NOT RETURNABLE
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non
returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered
in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers
agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after
receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved
parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock
items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at
your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all
invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer
this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 297.07 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available
for viewing/printing on our website
at www.louisianacat.com

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6759949 | 02-09-18 | 100046 | 9049967 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000426 | 01-23-18 | 14 | | 10 | | 6609689 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 8 | 8463812 | | O-RING-COVER        S | 9.88 | 79.04 |
| | | | TOTAL PARTS | | 79.04 T |
| | | | MAK MKT 10% DISC | | 7.90-T |
| | | | SUBTOTAL BEFORE TAXES | | 71.14 |
| | | . | | | |
| | | | USD | | 71.14 |

**TERMS:**                                    ***-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non
returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered
in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers
agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after
receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved
parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock
items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at
your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all
invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer
this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 71.14 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com**

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6800314 | 03-23-18 | 100046 | 9051266 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000470 | 03-22-18 | 14 | 10 | | | 6647026 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| MX | MAK | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 2 | 40036607 | | KIT.. Cylinder tes S | 208.15 | 416.30 |
| 4 | 40040025 | | GASKET.. Water inl S | 2.00 | 8.00 |
| 4 | 9317972 | | SEAL..O-ring-Water S | .73 | 2.92 |
| | | | TOTAL PARTS | | 427.22 T |
| | | | SUBTOTAL BEFORE TAXES | | 427.22 |
| | | | USD | | 427.22 |

**TERMS:**            *-NOT RETURNABLE
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 427.22 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6809072 | 03-31-18 | 100046 | 9051279 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000471 | 03-23-18 | 14 | | 10 | | 6655543 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | PARTS SALES PERSON: CHIMAS J SYLVE | | | | |
| 2 | 40140840 | | MOUNTING BOX-EMDEC N | 22668.69 | 45337.38 |
| 2 | 40038643 | | SENSOR.. Turbochar N | 549.68 | 1099.36 |
| | | | TOTAL PARTS | | 46436.74 T |
| | | | SUBTOTAL BEFORE TAXES | | 46436.74 |
| | | | USD | | 46436.74 |

**TERMS:**                                                    ***-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**
We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 46,436.74 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6827243 | 04-18-18 | 100046 | 8025523 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000481 | 03-29-18 | 14 | | 10 | | 6671297 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | PARTS SALES PERSON: CHIMAS J SYLVE | | | | |
| 1 | 40160554 | | HARNESS          S | 3256.06 | 3256.06 |
| | | TOTAL PARTS | | | 3256.06 T |
| | | SUBTOTAL BEFORE TAXES | | | 3256.06 |
| | | . | | | |
| | | USD | | | 3256.06 |

**TERMS:**                                    ***-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 3,256.06 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com**

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6891619 | 06-15-18 | 100046 | 9051051 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000518 | 06-15-18 | 14 | 10 | | | 6730199 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 1 | 40049620 | | CLAMP-HOSE T-BOLT    S | 45.03 | 45.03 |
| 2 | 40049619 | | SEAL    S | 21.19 | 42.38 |
| 1 | 8158870 | | CLAMP-HOSE T-BOLT    N | 507.55 | 507.55 |
| | | | TOTAL PARTS | | 594.96 T |
| | | | SUBTOTAL BEFORE TAXES | | 594.96 |
| | | | USD | | 594.96 |

**TERMS:**                                                  **\*-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 594.96 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

\* \* ALL AMOUNTS PAYABLE IN US DOLLARS \* \*
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6932911 | 07-26-18 | 100046 | 9053173 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000541 | 07-26-18 | 14 | | 10 | | 6768407 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS | SALES PERSON: CHIMAS J SYLVE | | | | |
| 6 | 8463812 | | O-RING-COVER S | 10.38 | 62.28 |
| 4 | 8479604 | | SEAL S | 9.41 | 37.64 |
| 8 | 8028103 | | PIN.. Clevis S | 2.57 | 20.56 |
| 35 | 148147 | | RETAINER.. Clevis S | .20 | 7.00 |
| 5 | 9575235 | | THERMOCOUPLE.. Exh S | 116.73 | 583.65 |
| 1 | 9580731 | | GASKET-KIT WATER P S | 44.70 | 44.70 |
| | | | TOTAL PARTS | | 755.83 T |
| | | | SUBTOTAL BEFORE TAXES | | 755.83 |
| | | | USD | | 755.83 |

**TERMS:**                             **\*-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 755.83 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com**

**SOLD TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

**SHIP TO:**

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C6967816 | 08-28-18 | 100046 | 8026697 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000560 | 08-28-18 | 14 | | 10 | | 6800438 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 3 | 9580731 | | GASKET-KIT WATER P S | 44.70 | 134.10 |
| 1 | 8364236 | | WATER PUMP ASM-RB S | 2945.71 | 2945.71 |
| | | | TOTAL PARTS | | 3079.81 T |
| | | | SUBTOTAL BEFORE TAXES | | 3079.81 |
| | | . | | | |
| | | | USD | | 3079.81 |

**TERMS:**          ***-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 3,079.81 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available
for viewing/printing on our website
at www.louisianacat.com

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C7054851 | 11-20-18 | 100046 | 9055231 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000610 | 11-19-18 | 14 | | 10 | | 6878375 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 4 | 40079154 | | SENSOR.. Pressure  S | 652.37 | 2609.48 |
| | | | TOTAL PARTS | | 2609.48 T |
| | | | SUBTOTAL BEFORE TAXES | | 2609.48 |
| | | | USD | | 2609.48 |

**TERMS:**            **\*-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non
returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered
in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers
agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after
receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved
parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock
items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at
your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all
invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer
this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 2,609.48 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

\* \* ALL AMOUNTS PAYABLE IN US DOLLARS \* \*
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available
for viewing/printing on our website
at www.louisianacat.com**

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
THA
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C7124278 | 01-31-19 | 100046 | 9055557 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000642 | 01-31-19 | 14 | | 10 | | 6941277 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 1 | 8408987 | | JOINT ASSEMBLY.. A S | 1691.50 | 1691.50 |
| 2 | 40026938 | | GASKET.. Adapter a S | 41.34 | 82.68 |
| 2 | 40026939 | | GASKET.. Expansion S | 42.07 | 84.14 |
| 1 | 8408987 | | JOINT ASSEMBLY.. A S | 1691.50 | 1691.50 |
| | | TOTAL PARTS | | | 3549.82 T |
| | | SUBTOTAL BEFORE TAXES | | | 3549.82 |
| | | USD | | | 3549.82 |

**TERMS:**                       **\*-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non
returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered
in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers
agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after
receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved
parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock
items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at
your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all
invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer
this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 3,549.82 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

\* \* ALL AMOUNTS PAYABLE IN US DOLLARS \* \*
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available
for viewing/printing on our website
at www.louisianacat.com

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
THA
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C7154249 | 02-28-19 | 100046 | 9056663 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000660 | 02-22-19 | 14 | | 10 | | 6968053 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS | SALES PERSON: CHIMAS J SYLVE | | | | |
| 2 | 9094557 | | LATCH ASSEMBLY.. I  S | 22.59 | 45.18 |
| 64 | 436591 | | SCREW.. Slotted pa  S | .23 | 14.72 |
| 64 | 446186 | | WASHER.. Flat No.  S | .27 | 17.28 |
| 64 | 8032813 | | NUT.. Hex lock 10-  S | .15 | 9.60 |
| 2 | 9580742 | | KIT.. Gasket - Lub  S | 100.64 | 201.28 |
| 6 | 40039273 | | GASKET.. Strainer  S | 23.52 | 141.12 |
| 6 | 8498896 | | LATCH ASM  N | 31.70 | 190.20 |
| 30 | 9094557 | | LATCH ASSEMBLY.. I  S | 22.59 | 677.70 |
| | | | TOTAL PARTS | | 1297.08 T |
| | | | SUBTOTAL BEFORE TAXES | | 1297.08 |
| | | | USD | | 1297.08 |

**TERMS:**                                    *-NOT RETURNABLE
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non
returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered
in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers
agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after
receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved
parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock
items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at
your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all
invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer
this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | **1,297.08** |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com**

**SOLD TO:**

BOUCHARD TRANSPORTATION CO
THA
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

**SHIP TO:**

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C7216022 | 04-30-19 | 100046 | 9057651 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000690 | 04-30-19 | 14 | | 10 | | 7023311 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | PARTS SALES PERSON: | CHIMAS J SYLVE | | | |
| 1 | 40298102 | | PWR AY-B-G-T3-EXP- S | 8425.35 | 8425.35 |
| | | | TOTAL PARTS | | 8425.35 T |
| | | | SUBTOTAL BEFORE TAXES | | 8425.35 |
| | | | USD | | 8425.35 |

**TERMS:** *-NOT RETURNABLE
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 8,425.35 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

** ALL AMOUNTS PAYABLE IN US DOLLARS **
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com**

**SOLD TO:**

BOUCHARD TRANSPORTATION CO
THA
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

**SHIP TO:**

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C7217206 | 04-30-19 | 100046 | 9057670 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000689 | 04-29-19 | 14 | | 10 | | 7024495 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 4 | 9570765 | | GASKET.. Soakback     S | 2.34 | 9.36 |
| 4 | 8358905 | | SEAL.. O-ring - Lu    S | 2.35 | 9.40 |
| 6 | 8463812 | | O-RING-COVER          S | 10.59 | 63.54 |
| 4 | 9570668 | | GASKET                S | 4.23 | 16.92 |
| 2 | 9518929 | | HOSE ASM.. Air sta    S | 13.48 | 26.96 |
| 2 | 9518930 | | HOSE ASM.. Air sta    S | 14.39 | 28.78 |
| 2 | 9084409 | | INJ CONT SHAFT ASM    N | 1084.49 | 2168.98 |
| 1 | 8366231 | | COVER. Filter         N | 1341.15 | 1341.15 |
| 2 | 8400753 | | HOSE ASM.. Air sta    N | 44.33 | 88.66 |
| 4 | 9402713 | | CONNECTOR-1 HYD       N | 7.23 | 28.92 |
| | | | TOTAL PARTS | | 3782.67 T |
| | | | SUBTOTAL BEFORE TAXES | | 3782.67 |
| | | | USD | | 3782.67 |

**TERMS:**                              *-NOT RETURNABLE
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 3,782.67 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com**

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
THA
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C7220917 | 05-02-19 | 100046 | 9056847 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000692 | 05-01-19 | 14 | | 10 | | 7028136 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS SALES PERSON: CHIMAS J SYLVE | | | | | |
| 2 | 40040019 | | GASKET.. Flange    S | 4.13 | 8.26 |
| 2 | 40040028 | | GASKET.. Water pum S | 3.53 | 7.06 |
| 1 | 40177699 | | WATER PUMP         S | 11817.49 | 11817.49 |
| 2 | 9097490 | | VALVE ASSEMBLY.. M N | 695.98 | 1391.96 |
| | | TOTAL PARTS | | | 13224.77 T |
| | | SUBTOTAL BEFORE TAXES | | | 13224.77 |
| | | USD | | | 13224.77 |

**TERMS:** *-NOT RETURNABLE
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 13,224.77 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available
for viewing/printing on our website
at www.louisianacat.com

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
THA
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C7286375 | 07-04-19 | 100046 | 9057982 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000718 | 07-02-19 | 14 | 10 | | | 7087205 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| PARTS | SALES PERSON: CHIMAS J SYLVE | | | | |
| 100 | 9570739 | | GASKET.. Manifold S | .64 | 64.00 |
| 20 | 40024937 | | GASKET.. Fuel filt S | .90 | 18.00 |
| 10 | 40024936 | | GASKET S | 1.34 | 13.40 |
| 1 | 8418842 | | PIPE ASM N | 866.34 | 866.34 |
| 1 | 8498493 | | PIPE ASM N | 355.00 | 355.00 |
| 2 | 8419674 | | FUEL OIL MANIF ASM N | 582.89 | 1165.78 |
| | | | TOTAL PARTS | | 2482.52 T |
| | | | SUBTOTAL BEFORE TAXES | | 2482.52 |
| | | | USD | | 2482.52 |

**TERMS:**        **\*-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 2,482.52 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

\* \* ALL AMOUNTS PAYABLE IN US DOLLARS \* \*
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com**

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
THA
58 S SERVICE RD STE 150
MELVILLE NY 11747-2342

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| P43C7286376 | 07-04-19 | 100046 | 9058083 | 43 | E | CJS | 2 | 1 of 1 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 43C000719 | 07-02-19 | 14 | 10 | | | 7087206 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | EMD | 0070U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | PARTS SALES PERSON: CHIMAS J SYLVE | | | | |
| 2 | 40298102 | | PWR AY-B-G-T3-EXP- N | 8425.35 | 16850.70 |
| | | | TOTAL PARTS | | 16850.70 T |
| | | | SUBTOTAL BEFORE TAXES | | 16850.70 |
| | | . | | | |
| | | | USD | | 16850.70 |

**TERMS:**                  **\*-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 16,850.70 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

Terms and Conditions are available
for viewing/printing on our website
at www.louisianacat.com

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| W43C6938684 | 07-31-18 | 100046 | FREDERICK | 43 | E | MXM | 2 | 1 of 2 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 4300702 | 06-26-18 | 14 | 10 | 10 | | 6774033 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | | 0700U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | INSPECT ENGINE | | | | |
| | PERFORM ENGINE INSPECTION | | | | |
| | AFTER INSPECTING THE VESSEL M/V BRENDAN BOUCHARD | | | | |
| | WE FOUND THAT THE EXHAUST GASKETS HAVE ALL BEEN | | | | |
| | REPLACED WITH AFTERMARKET GASKETS. THE GASKETS | | | | |
| | FEELS LIKE METAL. POSSIBLY WEARING INTO THE BOLTS | | | | |
| | WHICH IS WHY SO MANY BOLTS ARE CONSTANTLY | | | | |
| | BREAKING AND BEING REPLACED. THIS PROFORMA | | | | |
| | INVOICE IS WHATS NEEDED TO REPAIR THE EXHAUST ON | | | | |
| | BOTH ENGINES. | | | | |
| | | TOTAL LABOR | SEG. 01 | | 2265.60 * |
| 1.00 | | OP-PERDIEM 2DAYS | | | 133.40 |
| 1.00 | | BJ-PERDIEM 2DYS | | | 133.40 |
| 1.00 | | BJ-CC-TAXI | | | 95.42 |
| 1.00 | | RGVRA-CCRATE-ITA | | | 33.35 |
| 1.00 | | OP-BJ-TRAV.EXP | | | 2209.13 |
| | | TOTAL MISC CHGS | SEG. 01 | | 2604.70 * |
| | | SEGMENT 01 TOTAL | | | 4870.30 T |
| | | SUBTOTAL BEFORE TAXES | | | 4870.30 |

YOUR CONTINUED BUSINESS IS IMPORTANT TO US. FOR THIS REASON, YOU MAY
BE CONTACTED BY THE DANIEL GROUP, AN INDEPENDENT RESEARCH FIRM, TO
CONDUCT A PHONE SURVEY. WE APPRECIATE YOUR INPUT ON OUR PERFORMANCE
IN OUR EFFORTS TO BETTER SERVE YOU. IF YOU FEEL WE HAVE FAILED TO

**TERMS:**      *-NOT RETURNABLE
UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION

We cannot accept parts returned without our permission unless returned within 20 days. All parts non
returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered
in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers
agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after
receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved
parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock
items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay for same at
your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all
invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer
this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE



A Division of LOUISIANA MACHINERY CO. L.L.C.
dba Resource Power Group
CORPORATE HEADQUARTERS
3799 West Airline Hwy.-P.O. Drawer 536
Reserve, LA 70084-0536
985-536-1121

**Terms and Conditions are available for viewing/printing on our website at www.louisianacat.com**

**SOLD TO:**

**SHIP TO:**

BOUCHARD TRANSPORTATION CO
58 S SERVICE RD STE 150
MELVILLE NY 11747

| INVOICE NUMBER | INVDATE | CUSTOMER NO | CUSTOMER ORDER NO | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| W43C6938684 | 07-31-18 | 100046 | FREDERICK | 43 | E | MXM | 2 | 2 of 2 |

| PSO/WO NO. | DOC.DATE | PC | LC | MC | SHIP VIA | INV SEQ NO. |
|---|---|---|---|---|---|---|
| 4300702 | 06-26-18 | 14 | 10 | 10 | | 6774033 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| EM | | 0700U | | | |

| QUANITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | DELIVER  SERVICE EXCELLENCE IN ANY WAY, PLEASE DO NOT HESITATE TO CONTACT OUR SERVICE MANAGER. | | |
| | | | . | | |
| | | | USD | | 4870.30 |

**TERMS:**                    ***-NOT RETURNABLE**
**UNLESS NOTED-CORES ARE DUE BACK WITHIN 60 DAYS FOR CREDIT CONSIDERATION**

We cannot accept parts returned without our permission unless returned within 20 days. All parts non returnable to the factory are non returnable to us. Our responsibility ceases when shipment has been delivered in good order to transportation company. If the shipment arrives in bad order, have receipt noted by carriers agent. Claims for concealed shortages and/or damages will not be considered unless made in 15 days after receipt of shipment. Any changes in part numbers have been made to insure your receiving the latest improved parts, entirely interchangeable with those ordered, and there is a 5% special handling charge on all nonstock items. Notice: In consideration of credit extended for this purchase I (we) hereby agree to pay you for same at your office in Reserve, La. on your established terms, and to pay service charge at the current rate for all invoices not paid within 30 days of invoice date until paid. Further, in the event it becomes necessary to refer this invoice to an attorney for collection, I agree to pay 25% attorneys fees and court costs.

| PAY THIS AMOUNT | 4,870.30 |
|---|---|
| AMOUNT CREDIT (DO NOT PAY) | |

* * ALL AMOUNTS PAYABLE IN US DOLLARS * *
ALL BILLS PAYABLE AT P.O. BOX 54942, NEW ORLEANS, LA. 70154

# ORIGINAL INVOICE

**BOUCHARD TRANSPORTATION CO, INC. INVOICE REPORT**

| DOC DATE | DOC TYPE | DOC NUMBER | JOB # PTS TICKET | SERIAL # | CUST PO# | DOC VALUE | |
|---|---|---|---|---|---|---|---|
| 11/10/2017 | P43C | 6677769 | 43C000396 | 0070U | 9048671 | 297.07 | MV FRED BOUCHARD |
| 11/20/2017 | P43C | 6685217 | 43C000406 | 0070U | 9098948 | 3,996.15 | |
| 1/26/2018 | P43C | 6744237 | 43C000405 | 0070U | 9048641 | 297.07 | |
| 2/9/2018 | P43C | 6759949 | 43C000426 | 0070U | 9049967 | 71.14 | MV BRENDAN BOUCHARD |
| 3/23/2018 | P43C | 6800314 | 43C000470 | 0070U | 9051266 | 427.22 | MV DENISE BOUCHARD |
| 3/31/2018 | P43C | 6809072 | 43C000471 | 0070U | 9051279 | 46,436.74 | MV RALPH BOUCHARD |
| 4/18/2018 | P43C | 6827243 | 43C000481 | 0070U | 8025523 | 3,256.06 | MV KIM BOUCHARD |
| 6/15/2018 | P43C | 6891619 | 43C000518 | 0070U | 9051051 | 594.96 | MV EVENING MIST |
| 7/26/2018 | P43C | 6932911 | 43C000541 | 0070U | 9053173 | 755.83 | MV RALPH E BOUCHARD |
| 7/31/2018 | W43C | 6938684 | 4300702 | 0700U | FREDERICK | 4,870.30 | MV MV BRENDAN BOUCHARD |
| 8/28/2018 | P43C | 6967816 | 43C000560 | 0070U | 8026697 | 3,079.81 | MV BARBARA BOUCHARD |
| 11/20/2018 | P43C | 7054851 | 43C000610 | 0070U | 9055231 | 1,690.40 | MV DONNA |
| 1/31/2019 | P43C | 7124278 | 43C000642 | 0070U | 9055557 | 1,774.91 | MV FREDERICK |
| 2/28/2019 | P43C | 7154249 | 43C000660 | 0070U | 9056663 | 804.50 | MV FREDERICK |
| 4/30/2019 | P43C | 7216022 | 43C000690 | 0070U | 9057651 | 8,425.35 | MV FREDERICK |
| 4/30/2019 | P43C | 7217206 | 43C000689 | 0070U | 9057670 | 3,782.67 | MV BOUCHARD GIRLS |
| 5/2/2019 | P43C | 7220917 | 43C000692 | 0070U | 9056847 | 13,224.77 | MV DONNA BOUCHARD |
| 7/4/2019 | P43C | 7286375 | 43C000718 | 0070U | 9057982 | 2,482.52 | MV FREDERICK |
| 7/4/2019 | P43C | 7286376 | 43C000719 | 0070U | 9058083 | 16,850.70 | MV FREDERICK |

**113,118.17**

EXHIBIT

B