# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC. § | CIVIL ACTION No. 19-cv-14666 |
| § | |
| VS. § | SECTION (E) |
| § | |
| M/V DONNA J. BOUCHARD, her tackle, furniture, apparel, appurtenances, *etc. in rem,* and the Barge B. NO. 272, her tackle, furniture, apparel, appurtenances, *etc. in rem* and BOUCHARD TRANSPORTATION CO., INC. *in personam* § § § § § § § § | DIVISION (1) JUDGE: Susie Morgan MAGISTRATE: Janice van Meerveld |

## ORDER

Considering the Plaintiff E.N. Bisso & Son, Inc.'s *Emergency Motion To Compel Tug Donna Bouchard Corp. and/or the Declarant Mr. Morton S. Bouchard, III To Appear and Show Cause Why the Substitute Custodian Has Failed To Fulfill its Obligations,* (the *"Motion"*), and finding that the relief requested in the Motion is well founded,

The Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that an emergency hearing will be held on the 18th day of February, 2020 at 10:30 a.m. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom C316, New Orleans, LA 70130;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Tug Donna J. Bouchard Corp. ("***Donna Bouchard Corp***.") shall appear at such emergency hearing and show cause why Donna Bouchard Corp. has failed to fulfill its obligations as substitute custodian in this case; and

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Morton S. Bouchard, III shall appear at such emergency hearing and show cause why Donna Bouchard Corp. has failed to fulfill its obligations as substitute custodian in this case.

**New Orleans, Louisiana, this 14th day of February, 2020**.

*[signature: Susie Morgan]*
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE