1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4   E.N. BISSO & SON, INC.        *        19-CV-14666
                                  *
5   versus                        *        Section E
                                  *
6   *M/V Donna J. Bouchard*, et al. *      February 18, 2020
    * * * * * * * * * * * * * * * *

7

8                      PROCEEDINGS BEFORE
9                 THE HONORABLE SUSIE MORGAN
                  UNITED STATES DISTRICT JUDGE
10

11  <u>Appearances</u>:

12
    For E.N. Bisso & Son,       Lugenbuhl Wheaton Peck
13  Inc. and Louisiana            Rankin & Hubbard
    Machinery Co. LLC:          BY:  STEWART F. PECK, ESQ.
14                                   JAMES W. THURMAN, ESQ.
                                601 Poydras Street, Suite 2775
15                              New Orleans, Louisiana 70130

16
    For Crescent Towing         Salley Hite Mercer & Resor, LLC
17  & Salvage Co., Inc. and     BY:  DAVID M. FLOTTE, ESQ.
    Cooper/T. Smith Mooring     365 Canal Street, Suite 1710
18  Co., Inc.:                  New Orleans, Louisiana 70130

19
    For Boland Marine           CARY A. DESROCHES, ESQ.
20  & Industrial, LLC:          225 Phosphor Avenue
                                Metairie, Louisiana 70005
21

22  For Boland Marine           Couhig Partners, LLC
    & Industrial, LLC:          BY:  JEFFREY T. PASTOREK, ESQ.
23                              1100 Poydras Street, Suite 3250
                                New Orleans, Louisiana 70163
24

25

1    Appearances:

2

3    For *M/V Donna J. Bouchard*,     Murphy Rogers Sloss
     Barge B. No. 272,                  Gambel & Tompkins
     Bouchard Transportation          BY:   ROBERT H. MURPHY, ESQ.
4    Company, Inc., and Tug:          701 Poydras Street, Suite 400
                                      New Orleans, Louisiana 70139

5

6    For Belle Chasse Marine          Lugenbuhl Wheaton Peck
     Transportation, LLC, in           Rankin & Hubbard
7    Civil Action 20-525:            BY:   ALAN DAVIS, ESQ.
                                      601 Poydras Street, Suite 2775
8                                     New Orleans, Louisiana 70130

9

10   Also Participating:             The Honorable Wendy B. Vitter
                                      Michael F. Vitt, Esq.
     Morton S. Bouchard III, Esq.
11                                    Commander Damian Yemma
                                      John J. Walsh, Esq.

12

13   Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                      500 Poydras Street, Room B-275
14                                    New Orleans, Louisiana 70130
                                      (504) 589-7778

15

16

17

18
     Proceedings recorded by mechanical stenography using
19   computer-aided transcription software.

20

21

22

23

24

25

**PROCEEDINGS**

**(February 18, 2020)**

1

2

3       **JUDGE MORGAN:**  Be seated.

4       **THE DEPUTY CLERK:**  Calling 19-CV-14666, *E.N. Bisso &*

5 *Son, Inc. v. M/V Donna J. Bouchard, et al.*, if counsel could

6 make their appearance for the record.

7       **MR. PECK:**  Good morning, Your Honor.  Stewart Peck

8 for E.N. Bisso, plaintiff in this matter.

9       **MR. DESROCHES:**  Good morning, Your Honor.  Cary

10 DesRoches for Boland Marine.

11       **MR. FLOTTE:**  Your Honor, David Flotte for

12 intervenors, Crescent Towing & Salvage Co., Inc. and

13 Cooper/T. Smith Mooring Co. Inc.

14       **MR. MURPHY:**  Your Honor, Robert Murphy representing

15 Bouchard Transportation Company and the tug and the barge

16 corporations.

17       **MR. PECK:**  Your Honor, I was remiss in not pointing

18 out that Mr. James Thurman, my co-counsel in this matter, is

19 sitting at the table along where Mr. Michael Vitt, who is a

20 lawyer and general counsel at E.N. Bisso.

21       **JUDGE MORGAN:**  Are there other parties from the

22 Coast Guard or anywhere else that are in the courtroom?

23       **MR. PECK:**  Your Honor, there is Lieutenant Commander

24 Yemma, who is knowledgeable, that we have been dealing with

25 about the status of the vessel and what's going on with the

10:39

1    Coast Guard.  He is a lawyer also.

2              **JUDGE MORGAN:**  Thank you.  Welcome to everybody.

3                   This case started with a verified complaint and

4    order to arrest the vessels M/V *Donna J. Bouchard* and

5    Barge B. No. 272.  On December 18, 2019, I issued an order

6    directing the clerk to issue an order of arrest for the barge

7    and the vessel.  That was Document 7.  In Document 12, on that

8    same day Blue Marine Security was appointed as substitute

9    custodian.

10                   On January 13, 2020, the parties requested that

11   the Tug Donna J. Bouchard Corporation be appointed substitute

12   custodian and at that time, in Document 18-1, Morton S.

13   Bouchard III signed the declaration in connection with that

14   request.

15                   In Document 33 that I signed on February 14,

16   2020, I ordered the Donna J. Bouchard Corporation and Morton S.

17   Bouchard III to appear at the emergency hearing that I set for

18   today.  At Mr. Bouchard's request, I agreed to hold the hearing

19   in my conference room so that he could appear by telephone

20   because I believe he lives and works in New York.

21                   At this time we are going to adjourn to my

22   conference room.  I'm going to have a court reporter so that

23   what we do there is going to be on the record.  I would say

24   that it may be a good idea for us to have the gentleman who is

25   here for the Coast Guard to join us in the conference room so

10:41   1    that we can hear whatever input he might have.

2          **MR. PECK:**  May I have Mr. Vitt, my general counsel,

3    attend also?

4          **JUDGE MORGAN:**  Absolutely.  All counsel who are here

5    and any parties who are here and a representative of the

6    Coast Guard.

7          **MR. PECK:**  Judge Vitter is here.

8          **JUDGE MORGAN:**  I will handle that.  Thank you.  I

9    have already visited with her and so she is also going to join

10   us.

11         **MR. PECK:**  What happened on the *Bouchard Girls*,

12   Judge -- I just advised her -- the Coast Guard federalized the

13   *Girls*, hired Crescent Towing, who took it to Associated

14   Terminals in St. Bernard, so that vessel is not in the middle

15   of the river and not a problem.

16         **JUDGE MORGAN:**  Okay.  Well, that's good.  So

17   Judge Vitter is going to join us in the conference room, if she

18   wants to, in light of that information.  You can also explain

19   that to me a little more when we get on the record there.  I

20   will see you-all in the conference room in a few minutes.

21         **THE DEPUTY CLERK:**  All rise.

22         (Recess.)

23         **JUDGE MORGAN:**  Good morning, Mr. Bouchard.

24         **MR. BOUCHARD:**  Good morning, Your Honor.  How are

25   you?

10:47

1    **JUDGE MORGAN:**  I'm well.  Thank you.

2    **MR. BOUCHARD:**  Can I just say one thing before we

3    start, ma'am?

4    **JUDGE MORGAN:**  Sure, sure.

5    **MR. BOUCHARD:**  I would like to personally thank you

6    for allowing me to testify over the phone, and your staff also

7    for reacting over the holiday weekend.  Thank you very much.

8    **JUDGE MORGAN:**  Okay.  Well, I'm glad it worked out

9    for everybody.  I hope we can work out the bigger issues.

10    For the record, let's just go around and say who

11    is here.

12    Stewart, if you would start.

13    **MR. PECK:**  Stewart Peck for E.N. Bisso.  On my left

14    is Mr. Michael Vitt, who is general counsel, who is a lawyer.

15    Mr. James Thurman, who works with me, is with us.

16    **MR. DAVIS:**  Alan Davis.  I'm also with Lugenbuhl.  I

17    have a separate claimant, Belle Chasse Marine, that's not been

18    consolidated.

19    **JUDGE MORGAN:**  Same vessel, though?

20    **MR. DAVIS:**  Yes, ma'am.

21    **JUDGE MORGAN:**  Is something filed here?

22    **MR. DAVIS:**  Yes, it has been.

23    **MR. MURPHY:**  Different section of court, Your Honor.

24    **JUDGE MORGAN:**  That's not your case.  That's a

25    different case.

1    JUDGE VITTER:  No.

2    MR. MURPHY:  No.

3    JUDGE MORGAN:  Who is it assigned to?

4    MR. DAVIS:  Judge Lemelle.

5    JUDGE MORGAN:  Did you put this as a related case?

6    MR. DAVIS:  I believe it was listed as a related

7    case.  It was intended to be.

8    JUDGE MORGAN:  Do you remember the number?

9    MR. DAVIS:  525, I believe.

10   JUDGE MORGAN:  Well, you-all look and we'll --

11   MR. DAVIS:  20-525, Judge.

12   JUDGE MORGAN:  Okay.

13   MR. DESROCHES:  Cary DesRoches for Boland Marine.

14   MR. FLOTTE:  David Flotte for Crescent Towing &

15   Salvage Co. and Cooper/T. Smith Mooring.

16   MR. MURPHY:  Robert Murphy for the Bouchard

17   interests.

18   JUDGE MORGAN:  That's Abby.

19   MS. SPEEG:  Hi.  I'm Trisha Speeg.  I'm interning

20   with the Coast Guard.

21   JUDGE MORGAN:  Oh, great.  Thank you.  Welcome.

22   COMMANDER YEMMA:  Good morning, Your Honor.

23   Commander Damian Yemma.  I'm the deputy staff judge advocate

24   for the Coast Guard here in the Eighth District.

25   JUDGE MORGAN:  How do you spell your last name?

10:49

1    **COMMANDER YEMMA:**  It's Y-E-M-M-A.

2    **JUDGE VITTER:**  This is my law clerk, Derbigny Daroca.

3    **JUDGE MORGAN:**  Hi, Derbigny.

4         Judge Vitter is with us because she has another

5    case.  Do you want to start with Judge Vitter's case?

6    **MR. PECK:**  Yes.

7    **JUDGE MORGAN:**  What's the number on that?

8    **JUDGE VITTER:**  19-14765.

9    **MR. PECK:**  We had a status conference with

10   Judge Vitter last Friday under the same circumstances with the

11   *Bouchard Girls*.  The barge was in the middle of the river off

12   of Belle Chasse, along with the *Donna* and the barge 272.  The

13   Coast Guard had their captain of the port outstanding orders.

14   It's my understanding that the Coast Guard federalized the

15   *Bouchard Girls*, had Crescent Towing bring out tugs, and they

16   took the vessel to Associated Terminals in St. Bernard, where

17   it's presently safely docked and they are off-loading fuel.

18        Is that correct, Commander Yemma?

19   **JUDGE MORGAN:**  Maybe you can just give us a report.

20   **COMMANDER YEMMA:**  Sure.  Yes, ma'am.

21        That's all accurate.  Technically, the

22   Coast Guard federalized the pollution response for both the

23   *Donna Bouchard* and the *Bouchard Girls*.  What that means is we

24   made a determination that they presented a substantial threat

25   to the environment based on the location where they were

10:50

1    anchored and some of the manning issues and also the material

2    condition on board.

3              It just happened that the *Bouchard Girls* was the

4    first vessel we have been able to take action and find a

5    terminal that was willing to take it, which is why that was

6    moved but the *Donna Bouchard* remains at anchorage.  It's not

7    like any one vessel was a priority over the other.

8              **MR. PECK:**  Isn't it true that the crew from the *Girls*

9    is now on the *Donna Bouchard*, which may ameliorate that --

10             **COMMANDER YEMMA:**  Yes, sir.

11             **MR. PECK:**  Why don't you tell the Court about that,

12   not me.

13             **COMMANDER YEMMA:**  Sure.

14             **MR. PECK:**  Explain that to the Court, please, both

15   judges.

16             **COMMANDER YEMMA:**  Part of our actions on Friday were

17   precipitated in part when the master of the *Donna Bouchard* left

18   the vessel, I believe, the middle of last week.  I can't

19   remember the date exactly.  As of yesterday, the last update I

20   heard was that the master of the *Bouchard Girls* had moved from

21   that vessel over to the *Donna Bouchard* still at anchor.

22             I don't know the exact crew count for each

23   vessel now, but I do believe that the *Bouchard Girls* does not

24   have a master at this point at the facility while the

25   *Donna Bouchard* does have a master and, I think, four crew

10:51

1  on board.

2          **MR. PECK:**  So it has the full complement of crew

3  necessary?

4          **COMMANDER YEMMA:**  I can't say for sure, sir.  We have

5  been dealing with a lot of Bouchard vessels here, in

6  Port Arthur, and Corpus Christi.  Some of them have different

7  manning requirements.  I'm not sure if it's four or six,

8  specifically, for the ones here in New Orleans.

9          **MR. MURPHY:**  It's four for the certificate of

10  inspection.  I have a copy for you, if you want to see, for the

11  Court.

12          Just to make a correction, they haven't

13  discharged any fuel --

14          **COMMANDER YEMMA:**  No.

15          **MR. MURPHY:**  -- or any ROBs from the *Bouchard Girls*.

16  They took the vessel, brought it over to Associated Terminals

17  in St. Bernard Parish, and docked it there.  So the Coast Guard

18  is now going to do, as I understand, a survey as to what fuel

19  should remain aboard.  We claim there's fuel aboard, but

20  there's not much in the way of ROBs remaining on board.

21          **JUDGE MORGAN:**  What's "ROB"?

22          **MR. MURPHY:**  ROB, remaining on board.  That's the

23  cargo that's left on board after you discharge the vessel.  We

24  don't think it's an environmental threat.

25          Let me just tell you about everything that's

10:52

1  happened.

2          JUDGE MORGAN:  Who is the custodian now of the *Girls*?

3          MR. MURPHY:  Bouchard Girls Corporation is the

4  custodian of that vessel.

5          JUDGE VITTER:  Who is paying for it?

6          MR. MURPHY:  Who is paying for what?

7          JUDGE VITTER:  Who is paying for *Bouchard Girls* --

8          MR. MURPHY:  The movement?

9          JUDGE VITTER:  The movement and at dock, who is

10  paying this?

11          MR. MURPHY:  It's been paid by the National Pollution

12  Fund because the Coast Guard federalized that vessel.  So they

13  take over the responsibilities for the movement of the vessel

14  and the safe securing of the vessel and any discharge that

15  would take place.  That is paid out of the fund, and then they

16  would make a claim against Bouchard, the corporation that owns

17  the barge and tug, to repay those amounts at some later time.

18  So that's all been paid for by the --

19          JUDGE VITTER:  Lieutenant Commander, that's the

20  government?  The government is paying for it?

21          COMMANDER YEMMA:  Yes, yes, right now.  All the

22  movement of *Bouchard Girls* is being paid for by the government.

23  All the contracting, everything has been arranged by the

24  Coast Guard.

25          MR. MURPHY:  Nothing has been discharged from the

10:53

1    *Bouchard Girls*.  The ROBs have not been discharged.  Bouchard

2    has appealed the decision to federalize these vessels because

3    we maintain that there's no environmental threat --

4    Mr. Bouchard can speak to that, that there's no environmental

5    threat presented by that vessel.  The same goes with respect to

6    the -- well, I was talking about *Bouchard Girls*.  The *Donna J.*

7    *Bouchard* is still at anchorage in the river.

8            **JUDGE MORGAN:**  Let's finish with Judge Vitter's while

9    we are talking about it.

10           **MR. MURPHY:**  Sure.

11           **JUDGE MORGAN:**  It's okay?  It's safe for it to just

12   be at that dock as it is and the Coast Guard is in charge of

13   it?  Do we need to worry about that one at this point?

14           **COMMANDER YEMMA:**  I think that situation is stable

15   for now.  It is at the dock temporarily.  We are focusing on

16   removing the pollution threat with the oil on board.  Once

17   that's done, we would have to find a more long-term location

18   for it to go, but that's a weeks to a month operation, I

19   believe.

20           **JUDGE MORGAN:**  Mr. Murphy, you are saying, well, that

21   you are going to appeal that, but is Bouchard ready, willing,

22   and able to take over the responsibility for it?

23           **MR. MURPHY:**  We can talk to Mr. Bouchard.  He will

24   tell you.  I understand that they are.

25                   First of all, we don't think that anything needs

10:54

to be removed.  So the Coast Guard's reaction to removing all
the oil from this particular vessel we think is not the way you
properly operate a vessel like that.  He can go into more
detail.  I'm not an operations guy.

They say that you shouldn't remove the remaining
ROBs; they don't present an environmental threat.  This is a
double-hulled vessel.  Even in a collision, you are not going
to have leakage into the river -- you shouldn't have leakage
into the river.  We think that that vessel is now safe now that
the Coast Guard has brought it alongside, taken it out of mid
river, taken the concern that Bisso had, taken that away.  It's
alongside.  Coast Guard has control of it.

Now there's a discussion between the Coast Guard
and Bouchard as to what should be done, if really anything
needs to be done, to that vessel to remove any fuel, any cargo
that's aboard.  We say that nothing needs to be done.  In fact,
we have told the Coast Guard that if you do remove the fuel
from the tug or the barge, it's going to affect other equipment
aboard.  The generators won't operate.  You won't be able to
moor the vessel securely.

We have asked the Coast Guard to reconsider
their position -- I have not done that, but Bouchard has --
that there's other issues that need to be considered before you
just go and willy-nilly take all the fuel and cargo out of this
vessel because you don't need to take the cargo.  You can't

10:56

1    take the fuel.  If you take the fuel, you affect the vessel's
2    ability to actually remain in position and operate.
3                 So that's a discussion that's going on between
4    operations people, and we think -- as I understand it, we made
5    a first application on Saturday, right after the federalization
6    notice was received.  That was denied.  We made another
7    presentation yesterday.  As I understand, command of
8    Coast Guard is now considering our request.  Hopefully it's a
9    more thoughtful process.  We think we are right with respect to
10   what should be done with the vessel at this time.  So that's
11   the *Bouchard Girls*.
12        **JUDGE MORGAN:**  Is there a custodian of the
13   *Bouchard Girls*, or is it basically the government at this
14   point?
15        **COMMANDER YEMMA:**  Right now it's basically the
16   government, Your Honor.  When the *Bouchard Girls* was moved,
17   that was pursuant to a contract that the Coast Guard set up.  I
18   forget who our contractor is, but we hired the tugs to come
19   move it and are making the arrangements with the facility.
20        **JUDGE VITTER:**  If I can ask a question.  So if you're
21   appealing the decision to federalize it --
22        **MR. MURPHY:**  Right.
23        **JUDGE VITTER:**  -- and if it went back to you, are you
24   going to pay for the docking fees?
25        **MR. MURPHY:**  That might still be part of the

10:57

1  federalization.  I don't know.  You will have to ask

2  Mr. Bouchard that.

3       **JUDGE MORGAN:**  Well, why would the government pay for

4  your docking fees?

5       **MR. MURPHY:**  They probably have to pay for the

6  docking fees up to this time, while it was federalized, and

7  then there would have to be a discussion who is going to pay

8  for those docking fees thereafter.  We can ask Mr. Bouchard

9  what his plans are for that.

10       **MR. PECK:**  Well, I have two points.  First of all,

11  the Bouchard Girls Corp., whatever it is, is the substitute

12  custodian under the order of Judge Vitter.  It's allowed to be

13  moved within the river, but you have an order saying we have to

14  do something about you taking custody of it because

15  Judge Vitter's ruling order says it's *Bouchard Girls*.

16       Second of all, Mr. Murphy, in all due respect to

17  you about your appeals to the Coast Guard, if they didn't do

18  that, it was still in the river undermanned without enough

19  people on it.  That's our concern there for that vessel.  If

20  they moved the *Donna Bouchard* -- we'll move on with

21  Judge Morgan -- is that properly manned?

22       **MR. MURPHY:**  Once the vessel is moved to a berth, you

23  don't have to have any manning, as I understand it.

24       **JUDGE MORGAN:**  But you and the intervenors have

25  claims against that vessel --

10:58

1    **MR. PECK:**  Correct.

2    **JUDGE MORGAN:**  -- that you still want to go forward.

3    **MR. PECK:**  Well, that's correct, Your Honor, although

4   we don't know what the Coast Guard -- they claim they are going

5   to come in and file something.  The difference between the

6   *Girls* and that barge and the *Donna* is the *Girls* has a mortgage

7   with Wells Fargo, which we may be behind.  We were not going to

8   concede that.  The *Donna Bouchard* -- I have the abstracts.  The

9   barge and the tug has no mortgage on it.  It's worth over a

10  hundred million dollars and has no mortgage on it.

11   **MR. MURPHY:**  That has nothing to do with the safety

12  issues that you brought to the Court.

13   **JUDGE MORGAN:**  Right, right.

14   **MR. MURPHY:**  Whether it has a mortgage or not, it

15  doesn't make a difference.  If you are really concerned about

16  the safety of the river, safety of the vessel, it's what we are

17  trying to do with the Coast Guard to make sure that it's safe.

18         The first step was when they took the

19  federalization, and now we are telling them why we think

20  federalization should not occur.  I think you will hear

21  Mr. Bouchard say that we are willing to man that vessel, crew

22  that vessel, and take responsibility for it.  You will have to

23  hear it from him.

24   **JUDGE VITTER:**  Can I ask Mr. Bouchard?

25         Mr. Bouchard, you're on the phone?

10:59  1        **MR. BOUCHARD:**  Yes, ma'am.  Yes.  Yes, I am.

2        **JUDGE VITTER:**  This is Wendy Vitter.  I'm the judge

3 in the *Bouchard Girls* case.

4        **MR. BOUCHARD:**  Okay.

5        **JUDGE VITTER:**  I'm hearing from your counsel that

6 y'all want to become custodian again of the *Bouchard Girls* and

7 that the Coast Guard is currently the custodian of the

8 *Bouchard Girls*.  Is that accurate?

9        **MR. BOUCHARD:**  That is accurate.

10        **JUDGE VITTER:**  Now, I met with your counsel and all

11 the counsel on Friday, and it was represented to me that

12 Bouchard was not able to move the vessel from the middle of the

13 river because you didn't have enough crew at the time.  What

14 has changed that you can now -- are you now telling the Court

15 or can you that you can be the custodian, crew it adequately,

16 and pay whatever docking fees?

17        **MR. BOUCHARD:**  Well, where she is moored right now,

18 Your Honor, as per the documentation, we have a captain, a

19 mate, and an engineer on her, and we have a barge captain on

20 the 265.

21        **JUDGE VITTER:**  Excuse me one minute, Mr. Bouchard.  I

22 thought I just understood from the lieutenant commander that

23 the crew went to the *Donna Bouchard*; you don't have anybody on

24 the *Bouchard Girls*.

25        **COMMANDER YEMMA:**  Just the captain.

11:00

1          **MR. BOUCHARD:**  That is not accurate, Your Honor.

2          **JUDGE VITTER:**  Just the captain.  The lieutenant

3  commander said just the captain.

4          **MR. BOUCHARD:**  In fact, the captain is still on the

5  *Bouchard Girls*.  The captain is still there.  He didn't go to

6  the *Donna* because the *Donna* mate was acting as captain.  The

7  *Donna* is fully crewed, as well as the 272, within her COI.

8  There's a lot of information going around here that isn't

9  accurate, but I understand where it comes from.

10         **JUDGE VITTER:**  My question was:  How are you going to

11  crew it, have crew and pay for the docking fees?

12         **MR. MURPHY:**  We are talking about the *Bouchard Girls*

13  here, Mr. Bouchard.  *Bouchard Girls*, can we crew it and pay for

14  the docking fees?

15         **MR. BOUCHARD:**  Yes.

16         **JUDGE VITTER:**  You couldn't do it Friday.  How can

17  you do it today, on Tuesday?

18         **MR. BOUCHARD:**  Well, Friday we were never asked if we

19  could do it, Your Honor.

20         **JUDGE VITTER:**  Well, actually, in a meeting with your

21  counsel, the whole discussion was how to get the vessel moved.

22  It was indicated to me that it didn't have enough crew, so it

23  couldn't move at all without sufficient crew, and that you had

24  crew walking off because you had not paid the crew.

25         **MR. BOUCHARD:**  That is accurate, Your Honor.

11:02

1   However, where they are now, where they are moored, we have

2   adequate crew on board.  We were looking all along for places

3   to tie up the *Girls* and the 295, and we couldn't find any

4   facility.  The Coast Guard found one.  We have a captain

5   on board, the mate, the engineer, and the barge captain on the

6   295.

7           **JUDGE MORGAN:**  Can they stay there after the

8   Coast Guard leaves?  Is that a place where it's feasible?

9           **MR. BOUCHARD:**  Well, yeah, as long as they don't

10  drain the vessel, as the Coast Guard wants, of all the fuel and

11  lube, etc., because they have to run the generators.  They have

12  to run the mooring winches.  This is a big oceangoing barge.

13  You can't just tie her up with soft lines.  When the river

14  rises and falls, you have to use the mooring winches.  The crew

15  has to have electrical power on the boat with grub, water,

16  etc., as well as lights.

17          **JUDGE MORGAN:**  I was asking a more basic question of

18  once the Coast Guard is off, will that facility allow that

19  vessel to stay there.

20          **COMMANDER YEMMA:**  I don't know, Your Honor.  The most

21  that we can do with the money that we are using is keep it

22  there until we have taken the action to eliminate the pollution

23  threat, which we are focusing on the residual cargo on the

24  barge and how much of that we can remove.  Once that's done,

25  our pot of money essentially turns off to pay to keep it there,

11:03

1    and we have to find someplace else to go.

2              **MR. PECK:**  There's another issue I want to raise

3    here.  This goes to the *Girls*, but it also goes to the

4    *Donna Bouchard*.

5              When Mr. Bouchard signed his declaration, he

6    attached his certificate of insurance.  That certificate of

7    issue has P&I and hull insurance.  The protection and the

8    indemnity, the P&I insurance says it expires this Thursday, on

9    February 20, 2020, which is a concern also for all the lien

10   claimants, for everyone, this insurance.

11             We need to know from Mr. -- I'll direct that to

12   counsel.  I can only talk to counsel.  Will this be renewed?

13   With the Bouchard entities having financial problems, I have to

14   make sure we have insurance.

15             **MR. MURPHY:**  I will have to have Mr. Bouchard answer

16   that question.  I'm sure they are going to renew the insurance.

17             **JUDGE MORGAN:**  What's the status of the insurance,

18   Mr. Bouchard?

19             **MR. BOUCHARD:**  Your Honor, I can tell you P&I

20   insurance renews February 20 for all the IG groups.  There's

21   14 "I" groups in the international group.  February 20,

22   everybody renews.  Bouchard Transportation's P&I coverage was

23   renewed in the beginning of November, very, very early, the

24   first one in our club, due to our safety record and due to the

25   performance over the last five years.  We renewed the P&I.  We

11:04

1  are in the UK Club.  I don't see any reason why the

2  certificates will not be issued on Thursday.

3            I don't know where that's coming from, but it's

4  another Bouchard bashing -- unless these people have talked to

5  the UK Club and they told them they are not renewing when we

6  have a contract, which I'll get a solicitor in London to handle

7  it.

8            **JUDGE MORGAN:**  Is there any reason you couldn't get

9  it ahead of Thursday?  Couldn't you get the certificate now

10  with a date showing it starts on Thursday?

11            **MR. BOUCHARD:**  They issue them on the date of

12  renewal.

13            **MR. MURPHY:**  It might be even later.  The way the P&I

14  clubs work, sometimes it's weeks later.

15            **MR. BOUCHARD:**  Jack?  Jack?

16            **MR. WALSH:**  Yeah.

17            **MR. BOUCHARD:**  They made an indication that the

18  UK Club went back on their word.  I want to get a solicitor in

19  London today to start going after the UK Club.

20            **MR. PECK:**  We don't know that.

21            **MR. MURPHY:**  They don't know that.

22            **JUDGE MORGAN:**  Who is Jack?

23            **MR. MURPHY:**  Jack is Jack Walsh.  He is an attorney.

24            **MR. WALSH:**  Your Honor, this is John Walsh with

25  Freehill Hogan & Mahar.  I introduced myself to your law clerk,

11:05  1    but I didn't have a chance to tell you I'm on the phone.

2              **JUDGE MORGAN:**  Okay.

3              **MR. WALSH:**  Sorry about that.

4              **JUDGE MORGAN:**  So what's the situation with the

5    insurance renewal?

6              **MR. WALSH:**  Well, I think, Your Honor, we can get the

7    broker to issue a certificate of coverage.

8              **JUDGE MORGAN:**  Could you try to do it today and get

9    it out to all counsel?

10             **MR. WALSH:**  I definitely will try.

11             **JUDGE MORGAN:**  If not today -- because they are

12   later, I guess, in London -- tomorrow.  It may be too late

13   today, but you can do it first thing in the morning.

14             **MR. WALSH:**  Okay, Judge.  Will do.

15             **JUDGE MORGAN:**  That would give everyone some comfort.

16             **MR. PECK:**  This is Stewart Peck for E.N. Bisso.  To

17   give you a little context, attached to Mr. Bouchard's

18   declaration was a certificate of insurance, and that

19   certificate showed expiration of the P&I of 2/20, and that's

20   all we know.

21             **MR. MURPHY:**  That's the renewal date for every -- you

22   know that.  It's the renewal date for every IG club that issues

23   insurance, P&I insurance.  It's 2/20 every year.

24             **JUDGE MORGAN:**  It's not surprising that they would be

25   concerned about it.

11:06

1         **MR. MURPHY:**  Oh, no question.

2         **MR. PECK:**  He is not paying crew.  I was worried

3 about insurance being paid.  That's all.

4         **JUDGE MORGAN:**  The sooner you can get that, the

5 better.

6         **MR. MURPHY:**  Can I just add?

7           Mr. Bouchard, how many crew do we have aboard

8 the *Bouchard Girls* right now?

9         **MR. BOUCHARD:**  We have a captain, mate, and engineer.

10         **MR. MURPHY:**  Is that sufficient to man the vessel

11 while the vessel is alongside the dock?

12         **MR. BOUCHARD:**  More than sufficient.  Usually for a

13 tug of this size, we go in to tie up the way we are, we just

14 leave the engineer on board.

15         **MR. MURPHY:**  Judge Vitter, I don't think that there's

16 an issue related to safety at this stage with this vessel.

17 It's properly manned.  The Coast Guard is now doing a survey as

18 to what's going to be done with that vessel.  As I said before,

19 we think that they should not take any action because it's

20 going to affect a whole lot of different systems on the vessel

21 and it's going to put the vessel in peril, but that's an

22 operational discussion that I don't think -- the Court needs to

23 know the result of that, but as to the mechanics of what goes

24 on and what's important and what's necessary, I think that has

25 to be worked out operationally between the Coast Guard and

11:08

1    Bouchard Transportation.

2              **JUDGE VITTER:**  Lieutenant Commander, is that your

3    understanding, the captain, the mate, and the engineer remain

4    on the *Bouchard Girls*?

5              **COMMANDER YEMMA:**  That's different than what I had

6    heard earlier today, but I haven't gotten an update recently.

7    My understanding was yesterday the master of the *Bouchard Girls*

8    was moving to the *Donna Bouchard*.  Maybe that was a plan that

9    they didn't need to follow through on.  I don't know for sure

10   the crew status right now.

11             **JUDGE MORGAN:**  In the bigger picture, there's still

12   all these people sitting around the table who say they are owed

13   money by Bouchard.  That's the big picture.  I know safety is

14   important.  If that hasn't changed, then we still have to go

15   forward with the vessel seizures and sales.

16             Has anything changed about that, Mr. Bouchard or

17   Mr. Walsh?

18             **MR. WALSH:**  I'll let Mr. Bouchard handle that.

19             Mort.

20             **MR. MURPHY:**  Mort.

21             **MR. BOUCHARD:**  Yeah.  Your Honor, yeah, there has

22   been some changes.  I'm not going to get into how Bouchard got

23   into this position because there's a lot of variables and

24   responsible parties, but that's all I've been working on for

25   the last month.  We have hopefully some assets being agreed to

11:09

1    be sold today.  We are waiting for a survey report.  We also

2    are in final negotiations today with the financing of the fleet

3    to get the company back up and running where it should be.

4            **JUDGE MORGAN:**  All right.

5            **MR. BOUCHARD:**  Positive changes, Your Honor.  All

6    this Bouchard bashing is just mind-boggling to me.  This is a

7    company with a strong balance sheet.  Nobody sees our finances

8    but myself, my CFO, our auditor, and our bank.  I'm pretty

9    confident that we will be out of this very shortly.

10           **JUDGE MORGAN:**  Stewart, would it be helpful for them

11   to have a discussion with you later about --

12           **MR. PECK:**  Yeah.

13           **JUDGE MORGAN:**  All you-all want to do is be paid.

14           **MR. PECK:**  Right.

15           **MR. MURPHY:**  Judge, let me tell you.  I have

16   solicited from Stewart and from other parties around the

17   table -- not Boland because he is in a different situation, but

18   we have asked them for settlement demands to see if we can get

19   this thing resolved.  We did have this thing almost settled a

20   month ago.  They would have been paid.  Cooper would have been

21   paid.  Everybody would have been paid.

22               Mercuria, the charterer who was going to charter

23   our vessel and pay an upfront $600,000 to us, which would have

24   allowed us to have paid all these people off, they changed the

25   load port from in the river here to Houston.  When I presented

11:11

1   that to Bisso, that we needed to have a settlement agreement to
2   allow us to proceed to Houston to pick up this cargo -- release
3   this arrest, let us go over there, grab the cargo, get paid, we
4   will pay you off -- at first Bisso wouldn't agree to it and the
5   deal fell through.  Bisso later said that they would agree to
6   it with some terms.
7           We had an agreement.  We almost had this thing
8   resolved and we wouldn't be in front of you today, but it fell
9   through because the load port took us out of this jurisdiction.
10  So it's a little unusual.  Usually vessels can proceed within
11  the jurisdiction.
12          What we were asking Bisso to do -- and they
13  considered it -- to allow us to leave from New Orleans out of
14  the river, go to Houston, load the cargo, as soon as we were
15  loaded we would get paid and we would pay them -- they didn't
16  want the risks involved or whatever.  We didn't think there was
17  any risk.
18          **JUDGE MORGAN:**  Anyway, where we are now is trying to
19  find a way to get everybody paid and resolve this.
20          **MR. PECK:**  Judge, as I told you -- and, you know,
21  Bouchard has been a longtime, famous Jones Act carrier.  I
22  explained to you I have the abstracts on the *Donna* and the
23  B. No. 272.  There's no mortgage on them, so they have lots of
24  assets.  I'm not privy to their balance sheet, but I know their
25  balance sheet has a bunch of unencumbered assets on it.  This

11:12

1 vessel should be worth over a hundred million dollars.

2           **JUDGE MORGAN:**  Mr. Bouchard, everybody is pulling for

3 you to resolve this.

4           **MR. PECK:**  Everybody has been vendors of Bouchard a

5 long time, Judge.

6           **JUDGE MORGAN:**  And to do it quickly, though, in a

7 time where it's feasible and reasonable for the plaintiff and

8 the intervenors to let you work it out.  You need to be showing

9 them what you're doing and how long it's going to take, and see

10 if you can convince them to wait to get paid for a while.

11           Let's talk about the safety of the *Donna J.*

12 *Bouchard*.

13           **MR. MURPHY:**  As I understand -- and Mr. Bouchard can

14 confirm it -- that vessel is now fully crewed.  Our certificate

15 of inspection requires four crew members be aboard that vessel,

16 and we have those four crew members aboard the vessel.

17           We are, again, in discussion with the

18 Coast Guard about the fact that they do not need to move this

19 vessel.  They do not need go through the purging of all the

20 cargo on the vessel, which we maintain is just a very limited

21 amount, does not present any kind of environmental hazard on

22 this double-hulled vessel.  We also say that you do not take

23 the fuel off the tug and the barge because it's going to

24 present more safety concerns than you could ever think of.  So

25 we are in those discussions with the Coast Guard right now.  We

1     are hoping to have a resolution of it --

2                    I don't know.  Did you say your command was

3     considering it right now?

4          **COMMANDER YEMMA:**  I believe they are having a

5     conference call this morning, yes, sir, to go over the latest

6     reconsideration requests that came in yesterday and verify the

7     crewing status on both these vessels and the conditions.

8          **JUDGE MORGAN:**  On the *Donna J. Bouchard*, wasn't there

9     an issue about power also?

10         **MR. MURPHY:**  That's been resolved.  Mr. Bouchard can

11    speak about it.  It's a generator that was some kind of a

12    problem, I think, since coming out of the shipyard.  They have

13    had intermittent problems with it.  A company by the name of

14    Rio was aboard the vessel.  The generator problem was resolved.

15    It's fixed.

16         **JUDGE MORGAN:**  Mr. Bouchard, can you --

17         **COMMANDER YEMMA:**  That was reported to the

18    Coast Guard on Friday.  I do believe we received some paperwork

19    on it, but the Coast Guard inspection team has not yet been

20    on board to verify that.

21         **JUDGE MORGAN:**  Mr. Bouchard, what's your

22    understanding with respect to the crew and the electricity on

23    the *Donna Bouchard*?

24         **MR. BOUCHARD:**  Well, the electricity on the

25    *Donna Bouchard*, Your Honor, was fully rectified by Rio Marine

11:14

1    on Friday.  It was a simple circuit breaker.  It took no more

2    than two hours.  When the Rio tech was on board Friday night,

3    he finished it, but the vessel had to go completely dark to

4    test all the circuit breakers according to ABS and GNB.  They

5    didn't want to do it Friday night.  They came back Saturday,

6    did it.  The test was satisfactory.  The report was submitted

7    to the Coast Guard Friday night and Saturday.

8                The boat is fully operational.  She has full

9    steering.  There's no issues on it.  She is only three years

10   old.  She has a full crew.  The second captain will be in at

11   the end of the week.  He is sitting for his renewal of his EDIC

12   license.  He will be in.  The barge has the barge captain, the

13   barge mate.

14               Now, this is something to keep in mind,

15   Your Honor.  This is a ship.  This is not an ordinary barge

16   that you look at.  The barge has inert gas, crude oil washing,

17   a clean water ballast system, mooring winches, multiple

18   generators.  She has zero ROBs.  There's no environmental

19   threat.

20               When we built this unit, this ATB, the

21   commissioner took almost two months just to get the fuel

22   on board and get all the systems up and running.  You can't dry

23   this boat -- well, you could, but you are going to damage it.

24   If the Coast Guard wants to do that -- which I don't believe

25   they do, the Coast Guard is smarter than I am -- it would be

11:16

1   more of a risk than we think there is now.  The tug has clean

2   water ballast on her also.

3              We just got an inquiry today for a load out of

4   Houston going to the mid-Atlantic that I believe the office is

5   bidding right now for a trip.  She is not an environmental

6   risk.  The crew is fine.  The crew is happy.  The electrical

7   system was fixed.

8           **JUDGE MORGAN:**  So the situation now is the

9   Coast Guard is going to go back out and look at the

10  *Donna Bouchard*, verify the condition, I assume?

11          **COMMANDER YEMMA:**  Yes, ma'am.  Yes, ma'am.  The

12  condition and the crew --

13          **MR. MURPHY:**  Of the generator.

14          **JUDGE MORGAN:**  Crew.

15          **COMMANDER YEMMA:**  Yes, ma'am.  Yes.

16          **MR. PECK:**  The crewing was the big problem.  That's

17  why we alerted the Court.  We heard from the Coast Guard crew

18  members are leaving.  We were worried about not enough crew or

19  people being in the middle of the river, and that's why we

20  alerted the Court.  Our information was from the Coast Guard.

21          **MR. BOUCHARD:**  Could I ask one question?  Where did

22  that report come from?

23          **MR. PECK:**  The Coast Guard.  We were told by the

24  Coast Guard about -- our source was the Coast Guard --

25          **COMMANDER YEMMA:**  Yes.

11:17

1     **MR. PECK:**  -- and the captain of the port.

2     **COMMANDER YEMMA:**  I think that's correct.

3     **MR. PECK:**  They were telling us the crew members were

4     leaving.

5     **MR. BOUCHARD:**  Okay.

6     **COMMANDER YEMMA:**  Yes.  There were captain of the

7     port orders that were issued early last week to address the

8     crewing concerns.  When those were not acted upon, we went to

9     federalize on Friday, to take over and start taking action,

10    government-funded action to remediate the pollution threat.

11    Our main concern is crewing and long-term assurance that the

12    crewing standards will be maintained while the vessel is there

13    at anchor.  The crew may be replaced now, but if they are not

14    relieved regularly or their crewing requirements are not

15    maintained, we will be right back in the situation where we

16    find ourselves again.

17    **JUDGE MORGAN:**  Mr. Bouchard, Judge Vitter and I live

18    in New Orleans and so we have seen the damage that can be done.

19    We were not comfortable unless we were assured that it was

20    safe.  I'm glad the Coast Guard has brought it to people's

21    attention and that they are going to keep looking at it because

22    we take it very seriously.

23    **MR. BOUCHARD:**  Your Honor, I support that a hundred

24    percent.

25    **MR. MURPHY:**  Judge, I think the crewing situation on

11:18

1    the *Donna J. Bouchard* came up when a captain suddenly left.  So

2    instead of having the four crew members, I think we were down

3    to three.

4              Is that right, Mort, or do I have that wrong?

5         **MR. BOUCHARD:**  You know, Bob, I don't know.  I

6    couldn't say either way.

7         **JUDGE MORGAN:**  Would it be accurate to say that over

8    the next couple of days that you-all are going to be exchanging

9    information between each other and with the Coast Guard and

10   trying to get the insurance certificate so that there's more of

11   a comfort level that would give Bouchard a little more time to

12   try to work this out?

13        **MR. PECK:**  We are not anti-Bouchard.  We want to get

14   paid.  It's just when people tell us that crew members are

15   leaving -- that's not our source, the Coast Guard -- we get

16   concerned.  We have to tell you-all about it because it's a

17   problem of something would break loose and all.

18        **JUDGE MORGAN:**  The Bouchard order that appointed

19   Bouchard Corporation as the custodian is in effect, and they

20   are now assuring me -- Mr. Bouchard is assuring me that they

21   are complying with their obligations right now, and the

22   Coast Guard is going to verify that --

23        **COMMANDER YEMMA:**  Yes, ma'am.

24        **JUDGE MORGAN:**  -- and let counsel in this case know.

25   If there's still a problem, they will let me know.

11:20

1      **MR. PECK:**  We need to know if the crew starts leaving

2 again, and I will have to alert you.

3      **MR. BOUCHARD:**  Yeah.  I agree with that a hundred

4 percent.

5      **JUDGE MORGAN:**  With the *Girls*, I guess there still is

6 an order that Bouchard is the custodian, but in effect the

7 Coast Guard has taken control of that vessel at this point.

8      **COMMANDER YEMMA:**  Yes, ma'am.

9      **MR. MURPHY:**  It's got control for the purpose of

10 determining whether they are going to remove the ROBs and the

11 fuel.  We do have crew aboard the vessel, which Mr. Bouchard

12 says is sufficient in a tied-up ship situation.

13      **MR. PECK:**  None of the lien claimants in the mortgage

14 wants any damage to the vessel from taking this stuff off.  We

15 all have an interest to make sure the vessels are kept -- we

16 are on Bouchard's side of this.

17      **MR. MURPHY:**  You're interested in getting some money

18 out of this?

19      **MR. PECK:**  Well, we are interested in the vessels not

20 getting damaged because these are very big, valuable -- these

21 are oceangoing.  These are big things.

22      **MR. MURPHY:**  The *Donna J.* is 3-years old, Mort?

23      **MR. BOUCHARD:**  Yes.

24      **MR. MURPHY:**  How old is the *Bouchard Girls*?

25      **MR. BOUCHARD:**  Oh, God.  I don't know.  She was a

11:21   1   retrofit to double hull.  I would have to go back and look.

2   Excuse me for not knowing.

3         MR. MURPHY:  What do they say about not asking

4   questions of your client when you don't know the answer?  Here

5   I am.

6         JUDGE MORGAN:  He has a lot of vessels to try to keep

7   track of.

8         MR. BOUCHARD:  Your Honor, sometimes I'm fried.

9         JUDGE MORGAN:  Is there anybody who is here

10  representing any of the parties who is not content at this

11  point to keep the status quo in effect with respect to the

12  pleadings, anyway, and for you-all to work together to exchange

13  information and to try to assure yourselves that the vessels

14  are safe and insured and that Bouchard is diligently working to

15  resolve its financial problems so that it can make payments?

16        MR. PECK:  We will work with them on that.  As

17  obligations to you two, if something comes up, we will alert

18  you.  We felt obligated to tell you what's going on.

19        JUDGE MORGAN:  Absolutely.  Absolutely.

20        MR. PECK:  We will monitor that.  Again, our source

21  is the Coast Guard.  That's who caused the alarm for us.

22        JUDGE MORGAN:  I assume if this process falls

23  apart -- you don't get the insurance, you're worried about

24  crewing again, or you don't see any progress by Bouchard in

25  getting this resolved -- then you are going to be back asking

11:22

1    for an order to sell the vessels.

2            **MR. PECK:**  Well, we are going to be filing a motion

3    for an interlocutory sale in both cases to set up a time

4    certain that something happens here because of all the costs we

5    are having and all these difficulties.  So that will set some

6    outside date.

7            **MR. MURPHY:**  You don't have any costs now.

8            **MR. PECK:**  We will have an outside date.

9            **JUDGE MORGAN:**  You understand that, Mr. Bouchard,

10   because it takes a while --

11           **MR. PECK:**  About a month.

12           **JUDGE MORGAN:**  -- to advertise and get to the sale.

13   If they file a motion for the interlocutory sale, it doesn't

14   mean they don't want to continue to work with you to try to get

15   this resolved.

16           Correct?

17           **MR. PECK:**  That's correct.

18           **JUDGE VITTER:**  In my case, if I may, I have an

19   ex parte consent motion to issue a warrant of arrest.  That's

20   yours, Mr. DesRoches.

21           **MR. DESROCHES:**  Yes, Your Honor.

22           **JUDGE MORGAN:**  Is that moot?

23           **MR. DESROCHES:**  It's still on.  We still need it.

24           **JUDGE VITTER:**  You still need it.

25           **JUDGE MORGAN:**  So it's arrested more than once?

11:23

1      **MR. MURPHY:**  Let me tell you, Judge.

2      **MR. PECK:**  There's a reason for it.  There's a reason

3  for that.

4      **JUDGE MORGAN:**  One at a time.

5      **JUDGE VITTER:**  Mr. DesRoches.

6      **MR. DESROCHES:**  We are going to come behind Mr. Peck

7  and his client.  If Bouchard reaches a settlement with Bisso, I

8  have to have an arrest in place to come behind it.

9      **MR. PECK:**  That's correct.

10      **MR. MURPHY:**  Judge, part of the financial problems

11  that Bouchard has experienced over the last couple weeks is

12  because their accounts were grabbed by Boland, of all places,

13  in the middle of Texas, Austin, Texas.  They grabbed some

14  Wells Fargo accounts.  The accounts are not in Texas.  The

15  accounts are in New York.  They grabbed those accounts.  I

16  think it's close to a million dollars.  I thought it was a

17  million seven.

18      **MR. BOUCHARD:**  A million seven.

19      **MR. DESROCHES:**  That's incorrect.

20      **MR. MURPHY:**  Well, a lot of money was taken.  All

21  their accounts were frozen at Wells Fargo.  Part of the reason

22  people weren't paid and they had funding problems is because

23  the accounts were seized.  There's a motion in Austin pending

24  right now.  They are waiting for the judge to make a ruling as

25  to whether that attachment was proper.

11:24

1              Correct?

2         **MR. DESROCHES:**  That's correct.  The attachment, just

3  incidentally, was a half a million dollars.

4         **MR. BOUCHARD:**  Bob, if I could say something on that?

5         **MR. MURPHY:**  Sure.

6         **MR. BOUCHARD:**  Your Honor, I can tell you, the way I

7  found out about that, I came in the office and the CFO:

8              "We have no money.  We have no money."

9              "What do you mean?  We had a lot of money in the

10  account.  Where did it go?"

11              "It was seized."

12              To tell you how bad it is, Your Honor, when I

13  was in Austin with this judge, he said, "This is sick.  This

14  makes me sick.  I'm in the middle of Texas.  There's no water

15  here.  This is Louisiana and Bouchard is a New York company.

16  Why are we in Austin, Texas?"

17              Now, the second part, to show you how bad it is,

18  the 295 needed a part for an MSB (phonetic) system, which is

19  the toilet.  The part is in Boland Marine.  We wanted to get

20  the part over the weekend.  The crew can fix it.  Boland Marine

21  wouldn't release the part to Bouchard because of the lawsuit.

22  This part has nothing to do with that lawsuit.

23         **JUDGE MORGAN:**  How much do you say they owe your

24  client?

25         **MR. DESROCHES:**  One four principal, and it's over

11:25    1    two years old.

2              JUDGE MORGAN:  That's why he is getting cantankerous.

3    His client says it's owed a million four for two years.  That's

4    the real challenge, Mr. Bouchard, for you to be able to work

5    out your company's, I hope, temporary financial difficulties so

6    everybody can move on.

7              MR. BOUCHARD:  Well, your Honor, prior to them doing

8    that, I thought I had an agreement with Boland, but we didn't.

9    What I'm surprised at, how they can hold some of our equipment

10   that's needed for a safe operation that has nothing to do with

11   this arrest and say we can't go into the yard and pick it up.

12             MR. DESROCHES:  It's the first I'm hearing of it, but

13   I will find that out.

14             MR. MURPHY:  Can you get their toilet working for

15   them?

16             JUDGE MORGAN:  Mr. DesRoches, he hasn't heard about

17   this.  He is going to check into it.

18             MR. DESROCHES:  It's the first I have heard of this.

19             MR. MURPHY:  Cary, we will talk afterwards.

20             JUDGE MORGAN:  Who have you been dealing with on it?

21             MR. BOUCHARD:  That is not accurate.  I am not going

22   to sit here and listen to that.

23             JUDGE MORGAN:  Do you have a name?

24             MR. BOUCHARD:  I'll tell you that is not accurate.

25   Everybody at Boland knew about it.  As a matter of fact,

11:26

1  Walter Haley told us we could come and get it and he would open

2  the yard for us.  Then he called back and said, "I'm not

3  allowed to do anything."

4            **JUDGE MORGAN:**  Okay.  He is going to check into it --

5            **MR. BOUCHARD:**  Thank you, Your Honor.

6            **JUDGE MORGAN:**  -- and see if he can give you any

7  help.

8                  Anything else, Judge Vitter?

9            **JUDGE VITTER:**  No.  I need to still rule on your

10  consent motion?  There's no reason you can discuss this with

11  him?

12            **MR. MURPHY:**  I can discuss it with him.

13                If the attachment in Texas is found to be valid,

14  then do you have a claim here?

15            **MR. DESROCHES:**  Of course I do.

16            **JUDGE MORGAN:**  It was a consent motion?

17            **JUDGE VITTER:**  Yes.

18            **MR. DESROCHES:**  I have a right to secure my claim.

19            **MR. MURPHY:**  I thought you were saying after

20  Judge Vitter's meeting if that Texas arrest was found to be

21  valid that you weren't going to go behind him; you weren't

22  going to go behind Bisso.

23            **MR. DESROCHES:**  I'm securing my full claim.

24            **MR. PECK:**  Yeah.  In order to perfect your claim,

25  under maritime law you have to seize the vessel.  That's just

11:27

1    the way the law is because the vessel is a separate person.

2    That's the way it works.

3             **JUDGE MORGAN:**  Anything else?

4             **JUDGE VITTER:**  One other question.  How will I know

5    what the Coast Guard does with the *Bouchard Girls*?

6             **COMMANDER YEMMA:**  Well, we will --

7             **MR. MURPHY:**  Probably through me.

8             **COMMANDER YEMMA:**  Yeah, I think that's correct.  We

9    have the request for reconsideration we are reviewing now.  If

10   we were to stop federal response efforts and basically hand it

11   over back to Bouchard, we would provide them correspondence on

12   that.  If we deny the request, we will provide them

13   correspondence on that too.

14            **JUDGE VITTER:**  The order making them custodian would

15   revert, goes back into effect?

16            **MR. MURPHY:**  Well, I think the order of us being the

17   custodian has not been changed.  It's a matter of the federal

18   government stepped in to do these certain things, move the

19   vessel from one location to another, put it at a berth, and now

20   they are considering further action to remove it.  I think we

21   are still the custodian of the vessel.

22            **MR. PECK:**  Right.  There was authority to move it

23   within the district.  There was an order.

24            **COMMANDER YEMMA:**  At some point we may decide that

25   the situation is stabilized and there's no more need for

11:28

1    federally funded response efforts, and then we would provide

2    that to Bouchard.

3            **JUDGE MORGAN:**  You-all will let Judge Vitter know.

4            **MR. MURPHY:**  I'll let Judge Vitter know and I'll let

5    you know.

6            **JUDGE MORGAN:**  If it happens to ours, you will let us

7    know.

8                Well, I want to thank you, the Coast Guard, for

9    stepping in and taking care of something that could have been a

10   risk to a lot of people and property.  Thank you for coming

11   here today to tell us about it.

12           **COMMANDER YEMMA:**  Thank you for having me.

13           **JUDGE VITTER:**  Thank you.

14           **JUDGE MORGAN:**  Thank you everybody.

15           **MR. BOUCHARD:**  Your Honor, thank you very much for

16   allowing me to do this by phone.  I appreciate it.

17           **MR. PECK:**  Goodbye, Mr. Bouchard.

18           **MR. MURPHY:**  Thank you, Mort.

19           (Proceedings adjourned.)

20                            * * *

21

22

23

24

25

1

## CERTIFICATE

2          I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, certify that the foregoing is a true and correct

5    transcript, to the best of my ability and understanding, from

6    the record of proceedings in the above-entitled matter.

7

8

9                              */s/ Toni Doyle Tusa*
                              Toni Doyle Tusa, CCR, FCRR
10                             Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25