**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| E.N. BISSO & SONS, INC | * | CIVIL ACTION No. 2:19-cv-14666 |
| VERSUS | * | SECTION "E" |
| M/V DONNA J. BOUCHARD, her tackle, furniture, apparel, appurtenances, etc. *in rem;* and the BARGE B. NO. 272, her tackle, furniture, apparel, appurtenances, etc., in rem; and, BOUCHARD TRANSPORTATION CO., INC., *in personam* | * * * | MAG. DIVISION "1" JUDGE MORGAN MAGISTRATE JUDGE VAN MEERVELD |

## **VERIFIED COMPLAINT IN INTERVENTION**

Plaintiff, John W. Stone Oil Distributor, LLC ("Stone Oil"), a Louisiana limited liability company, by and through its undersigned counsel, files this Verified Complaint in Intervention and respectfully represents that:

### I. JURISDICTION AND VENUE

1.

This Court has jurisdiction pursuant to 28 U.S.C. §1333, 46 U.S.C. §31341, et seq. and general maritime law. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Supplemental Rules B and E of the of the Federal Rules of Civil Procedure.

2.

Venue is proper pursuant to 28 U.S.C. §1391(b).

## II. PARTIES

3.

John W. Stone Oil Distributor, LLC is a Louisiana limited liability company with its principal place of business in Jefferson Parish, Louisiana. Stone Oil provides marine fuel and lubricants to vessels operating *inter alia* on the Mississippi River and within the Port of New Orleans.

4.

The defendants are:

(a) Bouchard Transportation, *in personam*, a New York business entity which conducts business in the State of Louisiana and is the operator and owner of several tugboats and barges, including the M/V DONNA J. BOUCHARD and BARGE B. NO. 272, operating throughout the navigable waters of the United States;

(b) Tug Donna J. Bouchard Corp., *in personam*, a New York business entity which conducts business in the State of Louisiana and is the owner of the M/V DONNA J. BOUCHARD; and,

(c) B. No. 272 Corp., *in personam*, a New York business entity which conducts business in the State of Louisiana and is the owner of BARGE B. NO. 272.

5.

At all times pertinent, Bouchard Transportation conducted business at 58 South Service Road #150, Melville, NY as a single-business enterprise and alter-ego of the following New York business entities also located and conducting business at 58 South Service Road #150, Melville, NY: Tug Linda Lee Corp.; Tug Ralph E. Bouchard Corporation; B. No. 230 Corp.; Tug Danielle M. Bouchard Corp.; B. No. 245 Corporation; B. No. 270 Corp.; Tug Bouchard

Girls Corp.; B. No. 195 Corp.; Tug J. George Betz, Corp., Tug Donna J. Bouchard Corp. and B. No. 272 Corp.

6.

Bouchard Transportation and each of the business entities identified in Paragraph 5 above were and are New York business entities with no offices in the Eastern District of Louisiana; it and they have no agents for service of process in the Eastern District of Louisiana; Stone Oil is informed and believes that none of the officers of Bouchard Transportation or any of the business entities identified in Paragraph 5 above are now within the Eastern District of Louisiana; that Bouchard Transportation and each of the business entities identified in Paragraph 5 above do not maintain a physical address or telephone listing within the Eastern District of Louisiana; that no person is present within the Eastern District of Louisiana to receive a summons and complaint as contemplated by F.R.C.P. 4(d), and otherwise cannot be found in the Eastern District of Louisiana, but is subject to the *quasi in rem* jurisdiction of this Court pursuant to *Supplemental Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure* based on the presence and location of certain tangible or intangible property in the district and jurisdiction of this Honorable Court.

### III. BOUCHARD TRANSPORTATION VESSELS

7.

At all times pertinent, the following vessels were operated by Bouchard Transportation as articulated tug/barge units:

(a) M/V LINDA LEE BOUCHARD;

(b) M/V BOUCHARD GIRLS;

(c) M/V DONNA J. BOUCHARD; and

    (d)    BARGE B. NO. 295.

(collectively hereafter the "Vessels")

## IV. SUPPLEMENTAL RULE B CLAIMS

8.

Pursuant to requests by defendant Bouchard Transportation, which included agreed pricing, Stone Oil provided fuel, lubricants and other necessaries (collectively hereafter the "necessaries") to the Vessels at various locations within the Port of New Orleans. A principal amount remains unpaid and overdue of $352,361.34. See attached Exhibit "A" incorporated herein and made part hereof.

9.

Stone Oil provided the above-described necessaries for the benefit of the Vessels and the Defendants, all of which were provided by Stone Oil in a good and workmanlike manner and accepted and utilized by the Defendants.

10.

Pursuant to the parties' agreement and course of dealing, Stone Oil provided Bouchard Transportation with its invoices (see attached Exhibit "A") for the necessaries provided to the Vessels in the principal amount of $352,361.34, which, despite amicable demand, and in breach of the parties' contract, remains unpaid.

11.

The necessaries and invoices provided by Stone Oil, as set forth above and on the attached Exhibit "A," constitute maritime contracts, or in the alternative, an open account, which the defendants breached by failing to pay Stone Oil.

12.

Based on the defendants' breach and non-payment, Stone Oil is entitled to recovery against Defendants, jointly, severally and solidarily, in the principal amount of $352,361.34, interest at the rate of prime plus 1% per month, all costs of these proceedings and attorneys fees pursuant to the terms of Stone Oil's delivery tickets and invoices (See attached Exhibit "A") and the parties' course of dealing.

13.

In the alternative, Stone Oil is entitled to recovery against Bouchard Transportation, in the principal amount of $352,361.34, interest at the rate of prime plus 1% per month, all costs of these proceedings and attorneys fees under equitable principles including the doctrine of *quantum meruit* or unjust enrichment, the terms of Stone Oil's invoices and delivery tickets (See attached Exhibit "A") and the parties' course of dealing.

14.

Pursuant to Supplemental Rule B, Stone Oil is entitled to process of maritime attachment of all tangible and intangible property of the Defendants located within the District of this Honorable Court including but not limited to M/V DONNA J. BOUCHARD and the BARGE B. NO. 272.

15.

All and singular, the premises and allegations in this Verified Complaint in Intervention are true and correct and within the admiralty and maritime jurisdiction of the United States and this Court.

WHEREFORE, John W. Stone Oil Distributor, LLC prays that:

1. After due proceeding there be judgment in its favor and against Bouchard

Transportation, Tug Donna J. Bouchard Corp. and B. No. 272 Corp., jointly, severally and in solido, in the principal amount of $352,361.34, interest at the rate of prime plus 1% per month, all costs of these proceedings and reasonable attorneys fees.

2. That process of attachment issue pursuant to Supplemental Rule B against the M/V DONNA J. BOUCHARD and the BARGE B. NO. 272, and that both vessels be condemned and sold at public auction to satisfy Stone Oil's claims as stated herein.

3. That Stone Oil may have judgment against Bouchard Transportation, Tug Donna J. Bouchard Corp. and Barge B. No. 272 Corp., jointly, severally and solidarily, for the amount of any deficiency, plus any other sums and interest, costs and attorney's fees; and,

4. For any and all other just and equitable relief.

Respectfully submitted:

*/s/ Robert R. Johnston*
Robert R. Johnston, T.A. (#22442)
Jacques P. DeGruy (#29144)
Kristin K. Robbins (#31303)
Constance C. Waguespack (#36416)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Robert.Johnston@pjgglaw.com
Jaques.DeGruy@pjgglaw.com
Kristin.Robbins@pjgglaw.com
Constance.Waguespack@pjgglaw.com
**ATTORNEYS FOR JOHN W. STONE OIL DISTRIBUTOR, L.L.C.**