# JOHN W. STONE OIL DISTRIBUTOR, LLC
# INVOICES RE:
# DONNA J. BOUCHARD



# INVOICE

1

# JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4869
HOUSTON, TX 77210-4869

**(504) 366-3401**
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 88-21-3031-2

| | |
|---|---|
| **INVOICE NUMBER:** | GB65334-IN |
| **INVOICE DATE:** | 1/17/2020 |
| **DUE DATE:** | 2/16/2020 |
| **SHIP DATE:** | 1/14/2020 |
| **CUSTOMER NO:** | 00-0010400 |

SOLD TO: BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY  11747

## EMAIL INVOICES

---

| CUSTOMER P.O. | VESSEL/LEASE: DONNA J BOUCHARD |
|---|---|
| | TERMS:  Net 30 Days |

| KIND / PACKAGES | | ITEM NO. / DESC. | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| EACH | 7 | SVCTR-S TRASH DISPOSAL (35 LBS MAX) | 7 | 7.0000 | 49.00 |

**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| | |
|---|---|
| Net Invoice: | $49.00 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| **Invoice Total** | **$49.00** |

5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE

GB 65334
GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO _Bouchard_

_10400_

P.O. # _____

M/V _Donna J. Bouchard_ DATE _1-14-2020_

| ITEM | PRODUCT | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| ☒ | NA1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE; 15PPM SULFUR (MAX) | | | |
| ☒ | UN1203, GASOLINE, 3, II | | | |
| | USED OIL    % WATER | | | |
| | TRASH _5V GARS_ | 7 | | |
| | FILTERS: | | | |
| | 13" LONG & ABOVE | | | |
| | 6" LONG TO 12" LONG | | | |
| | 5" LONG & BELOW | | | |
| | | | | |

_NO 20LN_

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees.  In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries for the used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

LOCATION _9 mile_    METER NO. _5-48_

GALLON READING - FINISH

GALLON READING - START

Fuel tested before delivery and showed to be clear and no trace of water.

All hose connections on my vessel made by me or by my instructions.

Arrived _1130_    Departed _1430_

⊗ _Jeff Robinson CLENG, TUG DONNA_
Customer Sign Here After Delivery

⊗ _FRANK ROBINSON_
Print Name

JWS-14   Rev. 10/18



# INVOICE

1

## JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4869
HOUSTON, TX 77210-4869

**(504) 366-3401**
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 88-21-3031-2

**INVOICE NUMBER:** GB63579-IN
**INVOICE DATE:** 8/31/2019
**DUE DATE:** 9/30/2019
**SHIP DATE:** 8/29/2019
**CUSTOMER NO:** 00-0010400

**SOLD TO:**
BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747

EMAIL INVOICES

9-579

| KIND / PACKAGES | | ITEM NO. / DESC. | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | **CUSTOMER P.O.** | **VESSEL/LEASE:** DONNA BOUCHARD | | |
| | | | **TERMS:** Net 30 Days | | |
| EACH | 25 | SVCTR-S<br>TRASH DISPOSAL (35 LBS MAX) | 25 | 32.0000 | 800.00 |
| BAG | 22 | SVCOILY<br>OILY RAG DISPOSAL FEE | 22 | 61.4091 | 1,351.00 |
| EACH | 8 | SVCGARB<br>GARBAGE DISPOSAL | 8 | 111.1250 | 889.00 |
| EMPTY DRUMS | | | | | |
| EACH | 3 | SVCTR-R<br>TRASH DISPOSAL  (RECYCLABLE) | 3 | 215.3333 | 646.00 |
| CARDBOARD BOXES | | | | | |

**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| | |
|---|---|
| Net Invoice: | $3,686.00 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| Invoice Total | $3,686.00 |

5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE

GB 63579
GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO *Bouchard*

P.O. #

M/V *Pomna Bouchard* DATE 8/29/19 20

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|------|---------|------|-------|--------|
| X | NA1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15PPM SULFUR (MAX) | | / | |
| X | UN1203, GASOLINE, 3, II | | | |
| | USED OIL     % WATER | | | |
| | TRASH *wans* | *22* | | |
| | FILTERS: *Oily trash 22* | | | |
| | 13" LONG & ABOVE *sul637* | | | |
| | 6" LONG TO 13" LONG | | | |
| | 5" LONG & BELOW *sul ban* | | | |
| | *empty drms* | 8 | | |
| | *CArd BoArd* | 3 | | |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees. In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to enact or otherwise enforce the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

LOCATION *MAgnolia*        METER NO. *5-40*

GALLON READING - FINISH

GALLON READING - START

Fuel tested before delivery and showed to be clear and no trace of water.

All hose connections on my vessel made by me or by my instructions.

Arrived _____        Departed _____

*Jordan Derg* — Customer Sign Here After Delivery

*JORDAN DERGES* — Print Name

JWS-14   Rev. 10/18

NO. 36

| NAME: | Bouchard | | | | DATE: 8/29/19 | |
|---|---|---|---|---|---|---|
| ADDRESS: | M/V Donna Bouchard | | | | | |
| CITY, STATE, ZIP | | | | | | |

| SOLD BY 5-40 | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|
| | 1 | Ticket # 635 79 | | |
| | 2 | | | |
| | 3 | Trash - Empty Drums | 8 | |
| | 4 | House hold | 25 | |
| | 5 | Oily Trash | 22 | |
| | 6 | Bundle Cardboard | 3 | |
| | 7 | | | |
| | 8 | | | |
| | 9 | | | |
| | 10 | | | |
| | 11 | | | |
| | 12 | | | |

CUSTOMER'S ORDER NO.          RECEIVED BY

KEEP THIS COPY FOR YOUR RECORDS
5L240 © REDIFORM®

# JOHN W. STONE OIL DISTRIBUTOR, LLC
# INVOICES RE:
# LINDA LEE BOUCHARD



# INVOICE

1

## JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

**REMIT CORRESPONDENCE TO:**
P.O. BOX 2010
GRETNA, LA 70054

**REMIT PAYMENT TO:**
DEPT. 322
P.O. BOX 4869
HOUSTON, TX 77210-4869

(504) 366-3401
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 88-21-3031-2

**INVOICE NUMBER:** GB63335-IN
**INVOICE DATE:** 8/16/2019
**DUE DATE:** 9/15/2019
**SHIP DATE:** 8/14/2019
**CUSTOMER NO:** 00-0010400

**SOLD TO:**
BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747

## EMAIL INVOICES

| CUSTOMER P.O. | | VESSEL/LEASE: LINDA LEE BOUCHARD |
|---|---|---|
| | | **TERMS:** Net 30 Days |

| KIND / PACKAGES | | ITEM NO. / DESC. | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| BULK | 36,646 | 1<br>DIESEL FUEL, NRLM, ULTRA LOW SULFUR, 3, NA1993, III, DYED, (S15), NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15 PPM SULFUR (MAXIMUM) | 36,646 | 1.9200 | 70,360.32 |
| | 36,646 | /LUST<br>LUST TRUST FUND FEE | 36,646 | 0.0010 | 36.65 |
| EACH | 26 | SVCTR-S<br>TRASH DISPOSAL (35 LBS MAX) | 26 | 7.0000 | 182.00 |
| EACH | 28 | SVCF-L<br>FILTER DISPOSAL (13" & UP) | 28 | 10.0000 | 280.00 |
| EACH | 15 | SVCF-S<br>FILTER DISPOSAL (5" AND BELOW) | 15 | 3.0000 | 45.00 |
| BAG | 16 | SVCOILY<br>OILY RAG DISPOSAL FEE | 16 | 33.0000 | 528.00 |

**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| Net Invoice: | $71,431.97 |
|---|---|
| LAX: | 0.00 |
| LAX JEFNT: | 0.00 |
| Invoice Total | $71,431.97 |

5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE

GB 68335
GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO ___Bouchard___ 10400

P.O. # _____

MV _Linda Lee Bouchard_ DATE 8-14- 20_19_

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| X | NA1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15PPM SULFUR (MAX) | 16 | 3.0440 | 9200 |
| X | UN1203, GASOLINA, 3 H | 36 | 646 | .001 |
| | USED OIL    % WATER | | | |
| | TRASH _Sugars_ | 26 | / | |
| | FILTERS: | 43 | | |
| | 13" LONG & ABOVE _PL_ | 28 | | |
| | 6" LONG TO 12" LONG | | | |
| | 5" LONG & BELOW _Sucps_ | 15 | | |
| | Oily Waste | 16 | | |
| | _Sudgy_ | | _Naoomu_ |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the minimum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with amounts, including collection agency fees and reasonable attorney's fees. In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

LOCATION _LaGrange_        METER NO. _546_

### GALLON READING - FINISH

A A 1 0 2          0 0 3 9 7 6 2

A A 1 0 1          0 0 0 3 1 1 0

### GALLON READING - START

Arrived                    Departed

0560 3116   ⊕ _Michael Thea_

0563 9762   ⊕ _Michael Thea_

JWS-14   Rev. 10/18



# INVOICE

1

# JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4869
HOUSTON, TX 77210-4869

(504) 366-3401
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 88-21-3031-2

**INVOICE NUMBER:** GB63384-IN
**INVOICE DATE:** 7/29/2019
**DUE DATE:** 8/28/2019
**SHIP DATE:** 7/25/2019
**CUSTOMER NO:** 00-0010400

SOLD TO:
BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747

**EMAIL INVOICES**

| CUSTOMER P.O. | | | VESSEL/LEASE: LINDA LEE | | |
|---|---|---|---|---|---|
| | | | TERMS: Net 30 Days | | |

| KIND / PACKAGES | | ITEM NO. / DESC. | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| BULK | 70,239 | 1<br>DIESEL FUEL, NRLM, ULTRA LOW SULFUR, 3, NA1993, III, DYED, (S15), NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15 PPM SULFUR (MAXIMUM) | 70,239 | 2.0300 | 142,585.17 |
| | 70,239 | /LUST<br>LUST TRUST FUND FEE | 70,239 | 0.0010 | 70.24 |
| EACH | 35 | SVCTR-S<br>TRASH DISPOSAL (35 LBS MAX) | 35 | 7.0000 | 245.00 |
| BAG | 12 | SVCOILY<br>OILY RAG DISPOSAL FEE | 12 | 33.0000 | 396.00 |
| BAG | 4 | 6<br>RAGS | 4 | 18.3400 | 73.36 |
| PACK | 4 | 24<br>OIL ABSORBENT PADS | 4 | 25.0900 | 100.36 |

**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| | |
|---|---|
| Net Invoice: | $143,470.13 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| **Invoice Total** | **$143,470.13** |

5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE

GB 63384
GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO Bouchard

10400

P.O. #

M/V Linda Lee          DATE 7-25- 20 19

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|------|---------|------|-------|--------|
| X | NA1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE (15PPM SULFUR (MAX)) | 70239 | 2.0300 | |
| X | UN1203, GASOLINE, 3, II | 70239.00 | | |
| | USED OIL    % WATER | | | |
| | TRASH  SUGRES | 35 | | |
| | FILTERS  Oily tash | 12 | | |
| | 13" LONG & ABOVE | | | |
| | 6" LONG TO 12" LONG | | | |
| | 5" LONG & BELOW  Sux | 4 | | |
| | Rags | 4 | | |
| | Pads | | | |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) invoices in full within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees. In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

LOCATION Belle Chasse          METER NO. 5-40

GALLON READING - FINISH

| | | |
|---|---|---|
| AA 3 6 0 | 5 5 6 6 . 1 6 2 | |
| AA 3 6 5 | 5 4 9 5 9 2 3 | |

GALLON READING - START

MTI

MTI

Fuel tested before delivery and showed to be clear and no trace of water.

All hose connections on my vessel made by me or by my instructions.

Arrived 0500          Departed 0900

15 495 923     Michael T Shea
15566162       Customer Sign Here After Delivery

Michael T Shea
Print Name

| | NO. | 23 |
|---|---|---|

**NAME:** Boychard  
**DATE:** 7-25  
**ADDRESS:** Linda Lee  
**CITY, STATE, ZIP**

| SOLD BY: 5-48 | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | 63384 | 702 39 |
| 2 | Fuds | 2 |
| 3 | Rays | 4 |
| 4 | Trash | 35 |
| 5 | Oily | 12 |
| 6 | Luc # 34646 | |
| 7 | mobil Gard 410 | 5000 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

**CUSTOMER'S ORDER NO.**   **RECEIVED BY:**

KEEP THIS COPY FOR YOUR RECORDS  
5L240 © REDIFORM®



# INVOICE

1

## JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4889
HOUSTON, TX 77210-4889

(504) 366-3401
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 88-21-3031-2

**INVOICE NUMBER:** GB64148-IN
**INVOICE DATE:** 9/17/2019
**DUE DATE:** 10/17/2019
**SHIP DATE:** 9/14/2019
**CUSTOMER NO:** 00-0010400

**SOLD TO:**

BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY  11747

EMAIL INVOICES

| CUSTOMER P.O. | | VESSEL/LEASE TERMS: | LINDA LEE Net 30 Days | | |
|---|---|---|---|---|---|
| **KIND / PACKAGES** | | **ITEM NO. / DESC.** | **UNIT** | **UNIT PRICE** | **AMOUNT** |
| BULK | 64,943 | 1 DIESEL FUEL, NRLM, ULTRA LOW SULFUR, 3, NA1993, III, DYED, (S15), NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15 PPM SULFUR (MAXIMUM) | 64,943 | 1.9800 | 128,587.14 |
| | 64,943 | /LUST LUST TRUST FUND FEE | 64,943 | 0.0010 | 64.94 |
| GAL | 776 | SVCDISP USED OIL DISPOSAL | 776 | 1.0000 | 776.00 |
| EACH | 50 | SVCTR-S TRASH DISPOSAL (35 LBS MAX) | 50 | 7.0000 | 350.00 |
| BAG | 4 | SVCOILY OILY RAG DISPOSAL FEE | 4 | 33.0000 | 132.00 |
| BAG | 10 | 6 RAGS | 10 | 18.3400 | 183.40 |
| PACK | 4 | 24 OIL ABSORBENT PADS | 4 | 25.0900 | 100.36 |

**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| | |
|---|---|
| Net Invoice: | $130,193.84 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| **Invoice Total:** | **$130,193.84** |

5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE

**GB 64148**
GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO _Bouchard_

P.O. # _10400_

M/V _Linda Lee_    DATE _9-14-_ 20_19_

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| X | NA1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE, PENALTY FOR TAXABLE USE, 15PPM SULFUR (MAX) | 64,943 | 1.080D |  |
| X | UN1203, GASOLINE, 3, II | 64943.00 |  |  |
| | USED OIL   % WATER | 770 |  |  |
| | TRASH _Custr_ | 00.50 |  |  |
| | FILTERS: _oily_ | 4 |  |  |
| | 13" LONG & ABOVE _Rags_ | 10 |  |  |
| | 6" LONG TO 12" LONG _Pads_ | 4 |  |  |
| | 5" LONG & BELOW |  |  |  |
| | B04943016 |  |  |  |
| | A05001959 |  | _no charge_ |  |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees. In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

LOCATION _Belle Chasse_    METER NO. _5-48_

GALLON READING - FINISH

| A A | 1 | 5 | 5 | | 5 | 0 | 0 | 7 | 9 | 5 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A A | 1 | 5 | 4 | | 4 | 9 | 4 | 3 | 0 | 1 | 5 |

GALLON READING - START

Fuel tested before delivery and showed to be clear and no trace of water.

All hose connections on my vessel made by me or by my instructions.

Arrived _16 50_       Departed _245_

_Michael_
Customer Sign Here After Delivery

_Michael Stair_
Print Name

JWS-14   Rev. 10/18



# JOHN W. STONE OIL DISTRIBUTOR, LLC
# INVOICES RE:
# BOUCHARD GIRLS



# INVOICE

1

## JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4869
HOUSTON, TX 77210-4869

**(504) 366-3401**
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 88-21-3031-2

**INVOICE NUMBER:** GB63573-IN
**INVOICE DATE:** 8/31/2019
**DUE DATE:** 9/30/2019
**SHIP DATE:** 8/28/2019
**CUSTOMER NO:** 00-0010400

SOLD TO:
BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747

EMAIL INVOICES

| CUSTOMER P.O. | | VESSEL/LEASE: BOUCHARD GIRLS | | | |
|---|---|---|---|---|---|
| | | TERMS: Net 30 Days | | | |
| KIND / PACKAGES | | ITEM NO. / DESC. | UNIT | UNIT PRICE | AMOUNT |
| EACH | 28 | SVCTR-S TRASH DISPOSAL (35 LBS MAX) | 28 | 7.0000 | 196.00 |
| BAG | 3 | SVCOILY OILY RAG DISPOSAL FEE | 3 | 33.0000 | 99.00 |
| EACH | 2 | SVCGARB GARBAGE DISPOSAL | 2 | 33.0000 | 66.00 |
| LONG LINES | | | | | |
| BAG | 10 | 6 RAGS | 10 | 18.3400 | 183.40 |

P O FOR RAGS 9059210

**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| | |
|---|---|
| Net Invoice: | $544.40 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| Invoice Total | $544.40 |

5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE

GB 63573
GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO _Bouchard_

1040

P.O. # _9059210 (For Rags only)_

MV _Bouchard Girls_   DATE _8/28/19_ 20___

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| ☒ | NA1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY. PENALTY FOR TAXABLE USE. 15PPM SULFUR (MAX) | | | |
| ☒ | UN1203, GASOLINE, 3, II | | | |
| | USED OIL    % WATER | | | |
| | TRASH _SVLYRS_ | _28_ | | |
| | FILTERS: | | | |
| | 13" LONG & ABOVE | | | |
| | 6" LONG TO 12 LONG _SVL F_ | | | |
| | _P6  803 0864_ BELOW _oily trash_ | _3_ | | |
| | _540 RAGS @_ | _10_ | | |
| | _Two long lines_ _SVL GRMp_ | _2_ | _No APPLY_ |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees. In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

LOCATION _Belle Chasse_   METER NO. _C-40_

GALLON READING - FINISH

GALLON READING - START

Fuel tested before delivery and showed to be clear and no trace of water.

All hose connections on my vessel made by me or by my instructions.

Arrived _19:40_     Departed _22:30_

_Customer Sign Here After Delivery_

_Luis Gordon_
Print Name

JWS-14   Rev. 10/18

# DECLARATION OF INSPECTION PRIOR TO BULK CARGO TRANSFER

VESSELS <u>Bouchard Girls</u>
TRANSFER FACILITY <u>S-40</u>
LOCATION <u>Belle Chasse</u>

Safety of operations requires all questions to be answered affirmatively after checking by both vessel and terminal representatives. If an affirmative answer is not possible, the reason should be given and agreement reached upon appropriate precautions to be taken by the vessel and terminal. Numbers in brackets refer to relevant items in CFR 33/46.

(Please Initial each line)

| | | DELIVERY | RECEIVING |
|---|---|---|---|
| 1. | Vessel security moored? [156.120 (a)] | JH | LG |
| 2. | Safe access between vessel and shore? | JH | LG |
| 3. | Vessel ready to move under own power? | JH | LG |
| 4. | Adequate personnel supervision in terminal and/or vessel? [156.120 (o) (s)] | JH | LG |
| 5. | Agreed vessel/shore communication system operative? [156.120 (p)] | JH | LG |
| 6. | Cargo, bunker, ballast handling procedures agreed upon? [156.120 (g)] | JH | LG |
| 7. | Emergency shut down procedures agreed upon? [156.120 (n)] | JH | LG |
| 8. | Fire fighting equipment on board/ on dock ready for immediate use? | JH | LG |
| 9. | Oil transfer hoses/ arms good condition, adequate length, properly rigged? [156.120 (b) (c) (h) 156.170] | JH | LG |
| 10. | Scuppers plugged/ containment adequate at vessel/shore manifolds? [156.120 (j) (k) (l)] | JH | LG |
| 11. | Unused cargo/bunker lines (stern line if fitted) blanked? [156.120 (e)] | JH | LG |
| 12. | Overboard discharge/ sea suction valves not in use closed and sealed? [156.120 (g)] | JH | LG |
| 13. | All cargo/ bunker/ballast tank lids closed? | JH | LG |
| 14. | Agreed tank venting system being used? | JH | LG |
| 15. | Portable VHF/UHF transceivers approved type? | JH | LG |
| 16. | Smoking Requirements being observed? [35.35.30] | JH | LG |
| 17. | Requirements for boiler/galley fires/ cooking appliances being observed? [35.35.30] | JH | LG |
| 18. | Naked light requirements being observed? [35.35.30] | JH | LG |
| 19. | Warning signs and red warning signals displayed? [35.35.30] | JH | LG |
| 20. | Each part transfer system necessary allow flow of oil lined up? [156.120 (d)] | JH | LG |
| 21. | Transfer system connected to fixed piping? [156.120 (f)] | JH | LG |
| 22. | Connections correctly made? [156.130] | JH | LG |
| 23. | All pre-transfer requirements been met? [156.120 (g)] | JH | LG |

I do certify that I have personally inspected this vessel or facility referencing to the requirements printed above indicating that these regulations have been complied. The transfer starts with communication and ends with hose disconnect/closing the connection.

Person in Charge-Delivery Unit
Signature _____  Title _T h__
Transfer Start Date & Time 8/28/19   19:40

Person in Charge-Receiving Unit
Signature _____  Title C/E
Transfer Completed Date & Time 8/28/19   22:30

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees. In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

JWS-108

OFFICE

REORDER FROM FERDIE'S PRINTING SERVICE 504-341-6395

| Ship Deliveries | | | 1800 |
|---|---|---|---|
| | | | Time |
| M/V | BOUCHARD GIRLS | | 8/28 |
| | | | Date |
| Delivery Point : | | BELLE CHASSE | |
| Owners : | BOUCHARD | | |
| Account # | | | |
| Agents : | | | |
| | | | Phone |
| Order : | | | |

| No. | Units | Products | Gallons |
|---|---|---|---|
| | | WATER | |
| | | TRASH | |
| 10 | | RAGS | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Po II 9059.210 (For Rags ONLY)

| Literage: | | Approved by:  BS | |
|---|---|---|---|
| P.O. # | | | |
| Order received from: | | | |
| | | Time | Date |

**REQUEST FOR QUOTATION No.: 8030894**                      Printed on : 08/28/2019

BOUCHARD

Fax: 631-390-4985          Phone: 631-390-4900

Contact: Schroeder, Richard     rschroeder@bouchardtransp
                                 ort.com

| | |
|---|---|
| **Supplier:** STONE FUEL DOCK<br>87 First Street, Gretna, LA 70053 USA | **Ship To:** BELLE CHASE GRANDVIEW ANCHORAGE<br>ATTENTION: BOUCHARD GIRLS/ B.295, BELLE<br>CHASE LA |
| **Phone:** 504.374.0157        **Fax:**<br>**e-mail:** gfranchebois@stoneoil.com<br>**Contact:** Grady Franchebois<br>**Issue Date:**<br>**Delivery Required By:** | **Phone:**                       **Fax:**<br>**e-mail:**<br>**Contact:**<br>**Priority:** A<br>**Port:** |

**Remarks:**

**Terms and Conditions:**

| No. | Qty Unit | Description | | Item Quality | Unit Price | Ext. Price | Div. Time |
|---|---|---|---|---|---|---|---|
| | | **MATERIALS** | | | | | |
| Bouchard Girls | | IMO No.: | Hull No.: | | | | |
| | | CONSUMABLES<br>Manufacturer:<br>Model:                       Type:<br>Serial No.:                  Size:<br>Req. No.: 1421299   Proj. No.:     Dept: ENGINE | | | | | |
| 1 | 10.00 EA | Bags of Rags ( Bags are small) | | | | | |
| | | | | | Total (USD): | | |

**Issued By:**

| Ship Deliveries | | | 1800 |
|---|---|---|---|
| | | | Time |
| M/V | BOUCHARD GIRLS | | 8/28 |
| | | | Date |
| Delivery Point : | | BELLE CHASSE | |
| Owners : | BOUCHARD | | |
| Account # | | | |
| Agents : | | | |
| | | | Phone |
| Order : | | | |

| No. | Units | Products | Gallons |
|---|---|---|---|
| | | WATER | |
| | | TRASH | |
| 10 | | RAGS | |
| | | | |

PO II 9059210 (For Rags ONLY)

| Literage: | | Approved by: BS |
|---|---|---|
| P.O. # | | |
| Order received from: | | |
| | Time | Date |



# INVOICE

1

## JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4869
HOUSTON, TX 77210-4869

**(504) 366-3401**
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 88-21-3031-2

**INVOICE NUMBER:** GB64657-IN
**INVOICE DATE:** 9/30/2019
**DUE DATE:** 10/30/2019
**SHIP DATE:** 9/26/2019
**CUSTOMER NO:** 00-0010400

**SOLD TO:**
BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747

## EMAIL INVOICES

BC
10-3-19

| CUSTOMER P.O. | | VESSEL/LEASE TERMS: | BOUCHARD GIRLS Net 30 Days | | |
|---|---|---|---|---|---|
| **KIND / PACKAGES** | | **ITEM NO. / DESC.** | **UNIT** | **UNIT PRICE** | **AMOUNT** |
| EACH | 75 | SVCTR-S TRASH DISPOSAL (35 LBS MAX) | 75 | 7.0000 | 525.00 |
| BAG | 2 | SVCOILY OILY RAG DISPOSAL FEE | 2 | 33.0000 | 66.00 |



**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| | |
|---|---|
| Net Invoice: | $591.00 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| Invoice Total | $591.00 |

5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE

GB64657

GRETNA

# JOHN W. STONE

## OIL DISTRIBUTOR, L.L.C.

### (504) 366-3401

SOLD TO Bouchard                10400

P.O. # _____

M/V Bouchard girls DATE 9-26 2019

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| X | NA1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15PPM SULFUR (MAX) | | | |
| X | UN1203, GASOLINE, 3, II | | | |
| | USED OIL    % WATER | | | |
| | TRASH SUCTRS | 75 | | |
| | FILTERS: | | | |
| | 13" LONG & ABOVE | | | |
| | 6" LONG TO 12" LONG | | | |
| | 5" LONG & BELOW QVOO PLY | | | |
| | Oily Trash | 2 | | 18 v|2 PCIS |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees.  In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

LOCATION Belle Chase    METER NO. S-41

GALLON READING - FINISH

GALLON READING - START

Fuel tested before delivery and showed to be clear and no trace of water.

All hose connections on my vessel made by me or by my instructions.

Arrived _____   Departed _____

X _Louis Cestille_
Customer Sign Here After Delivery

X _Louis Cestille_
Print Name

JWS-14   Rev. 10/18



# INVOICE

1

## JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4889
HOUSTON, TX 77210-4889

(504) 366-3401
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 59-21-3031-2

INVOICE NUMBER: GB65338-IN
INVOICE DATE: 1/17/2020
DUE DATE: 2/16/2020
SHIP DATE: 1/15/2020
CUSTOMER NO: 00-0010400

SOLD TO:   BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747

## EMAIL INVOICES

| CUSTOMER P.O. | | VESSEL/LEASE: BOUCHARD GIRLS | | | |
|---|---|---|---|---|---|
| | | TERMS: | Net 30 Days | | |
| KIND / PACKAGES | | ITEM NO. / DESC. | UNIT | UNIT PRICE | AMOUNT |
| GAL | 1,750 | SVCDISP<br>USED OIL DISPOSAL | 1,750 | 1.0000 | 1,750.00 |
| EACH | 64 | SVCTR-S<br>TRASH DISPOSAL (35 LBS MAX) | 64 | 7.0000 | 448.00 |
| BAG | 2 | SVCOILY<br>OILY RAG DISPOSAL FEE | 2 | 33.0000 | 66.00 |



**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| | |
|---|---|
| Net Invoice: | $2,264.00 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| Invoice Total | $2,264.00 |

**5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE**

GB 65335
GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO _____ Bouchard _____

P.O. # _____

MV Bouchard 9.19 DATE 1-15- 2020

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|------|---------|------|-------|--------|
| X | NA1993, ULTRA LOW SULFUR DIESEL, 2, CL DYED, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15PPM SULFUR (MAX) | | | |
| X | UN1203, GASOLINE, SULD85P | | | |
| 24/35 | DIRTY OIL   % WATER | 750 | | |
| | TRASH  SVLWS | 64 | | |
| | FILTERS: | | | |
| | 13" LONG & ABOVE | | | |
| | 6" LONG TO 12" LONG | | | |
| | 5" LONG & BELOW  GLLO8% | | | |
| | Oily Waste | 2 | | |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees.  In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Law of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimers of lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all its own rights.

LOCATION Belle Cha Se   METER NO. S-48
GALLON READING - FINISH

GALLON READING - START

Fuel tested before delivery and cleared to be clear and free of water.

All hose connection on my vessel made by me or by my instructions.

Arrived 1730   Departed _____

Customer Sign Here After Delivery
Lui Bell
Print Name

## DECLARATION OF INSPECTION PRIOR TO BULK CARGO TRANSFER

VESSELS _Bouchard girls_

TRANSFER FACILITY _S-48_

LOCATION _Bellechase_

Safety of operations requires all questions to be answered affirmatively after checking by both vessel and terminal representatives. If an affirmative answer is not possible, the reason should be given and agreement reached upon appropriate precautions to be taken by the vessel and terminal. Numbers in brackets refer to relevant items in CFR 33/46.

(Please initial each line)

| | | DELIVERY | RECEIVING |
|---|---|---|---|
| 1. | Vessel security moored? [156.120 (a)] | | LB |
| 2. | Safe access between vessel and shore? | | LB |
| 3. | Vessel ready to move under own power? | | LB |
| 4. | Adequate personnel supervision in terminal and/or vessel? [156.120 (c) (s)] | | LB |
| 5. | Agreed vessel/shore communication system operative? [156.120 (p)] | | LB |
| 6. | Cargo, bunker, ballast handling procedures agreed upon? [156.120 (g)] | | LB |
| 7. | Emergency shut down procedures agreed upon? [156.120 (n)] | | LB |
| 8. | Fire fighting equipment on board/ on dock ready for immediate use? | | LB |
| 9. | Oil transfer hoses/ arms good condition, adequate length, properly rigged? [156.120 (b) (c) (h) 156.170] | | LB |
| 10. | Scuppers plugged/ containment adequate at vessel/shore manifolds? [156.120 (j) (k) (l)] | | LB |
| 11. | Unused cargo/bunker lines (stem line if fitted) blanked? [156.120 (g)] | | LB |
| 12. | Overboard discharge/ sea suction valves not in use closed and sealed? [156.120 (g)] | | LB |
| 13. | All cargo/ bunker/ballast tank lids closed? | | LB |
| 14. | Agreed tank venting system being used? | | LB |
| 15. | Portable VHF/UHF transceivers approved type? | | LB |
| 16. | Smoking Requirements being observed? [35.35.30] | | LB |
| 17. | Requirements for boiler/galley fires/ cooking appliances being observed? [35.35.30] | | LB |
| 18. | Naked light requirements being observed? [35.35.30] | | LB |
| 19. | Warning signs and red warning signals displayed? [35.35.30] | | LB |
| 20. | Each part transfer system necessary allow flow of oil lined up? [156.120 (d)] | | LB |
| 21. | Transfer system connected to fixed piping? [156.120 (f)] | | LB |
| 22. | Connections correctly made? [156.150] | | LB |
| 23. | All pre-transfer requirements been met? [156.120 (g)] | | LB |

I do certify that I have personally inspected this vessel or facility referencing to the requirements printed above indicating that these regulations have been complied. The transfer starts with communication and ends with hose disconnect/closing the connection.

Person in Charge-Delivery Unit
Signature _____   Title _Tankerman_
Signature _____

Transfer Start _1730_
Date & Time _1-15-20_

Person in Charge-Receiving Unit
Signature _____   Title _C/Engineer_
Signature _____

Transfer Completed
Date & Time _1930_

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees. In addition, the purchaser (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

OFFICE

JWS-103 (R 1/15)

# JOHN W. STONE OIL DISTRIBUTOR, LLC
## INVOICES RE:
## BARGE 295



# INVOICE

1

## JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4869
HOUSTON, TX 77210-4869

(504) 366-3401
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 63-21-3031-2

INVOICE NUMBER: GB65339-IN
INVOICE DATE: 1/17/2020
DUE DATE: 2/16/2020
SHIP DATE: 1/15/2020
CUSTOMER NO: 00-0010400

SOLD TO: BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY 11747

### EMAIL INVOICES

*PL 1-17-20*

| CUSTOMER P.O. | | VESSEL/LEASE:BARGE 295 TERMS: Net 30 Days | | | |
|---|---|---|---|---|---|
| KIND / PACKAGES | | ITEM NO. / DESC. | UNIT | UNIT PRICE | AMOUNT |
| EACH | 7 | SVCTR-S TRASH DISPOSAL (35 LBS MAX) | 7 | 7.0000 | 49.00 |
| EACH | 1 | SVCTR-R TRASH DISPOSAL (RECYCLABLE) | 1 | 7.0000 | 7.00 |

BUNDLE OF BOXES



**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

| | |
|---|---|
| Net Invoice: | $56.00 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| Invoice Total | $56.00 |

**5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE**

GB 65339
GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO ___Bouchad___     10900

P.O. # _____

MV. __295__     DATE __1-15- 2020__

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|---|---|---|---|---|
| X | NA1993, ULTRA LOW SULFUR DIESEL, 3, II, DYED; NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15PPM SULFUR (MAX) | | | |
| X | UN1203, GASOLINE, 3, II | | | |
| | USED OIL    % WATER | | | |
| | TRASH   Sulyns | 7 | | |
| | FILTERS: | | | |
| | 13" LONG & ABOVE | | | |
| | 6" LONG TO 12" LONG | | | |
| | 5" LONG & BELOW | | | |
| | Bundle of Boxes | 1 | | |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery, (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts, and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees. In addition, the purchaser (i) represents and warrants that it is authorized by the owner of the receiving vessel to enter contraction for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by this seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer of lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all its remaining...

LOCATION __Belle Chase__     METER NO. __5-49__

GALLON READING - FINISH

GALLON READING - START

Fuel tested before delivery and showed to be clear and contains of water.

All hose connections on my vessel made by me or by my instructions.

Arrived _____     Departed _____

Captain Sign Here After Delivery

Luis Bell

Print Name

JWS-14   Rev. 10/18



# INVOICE

1

## JOHN W. STONE OIL DISTRIBUTOR, L.L.C.

REMIT CORRESPONDENCE TO:
P.O. BOX 2010
GRETNA, LA 70054

REMIT PAYMENT TO:
DEPT. 322
P.O. BOX 4869
HOUSTON, TX 77210-4869

**(504) 366-3401**
WIRE TRANSFER FUNDS TO: CAPITAL ONE BANK (ABA # 065000090)
NEW ORLEANS, LA
ACCOUNT NO.: 88-21-3031-2

**INVOICE NUMBER:** GB64658-IN
**INVOICE DATE:** 9/30/2019
**DUE DATE:** 10/30/2019
**SHIP DATE:** 9/26/2019
**CUSTOMER NO:** 00-0010400

SOLD TO:

BOUCHARD TRANSP. CO.,INC.
58 SOUTH SERVICE ROAD
SUITE 150
MELVILLE, NY  11747

**EMAIL INVOICES**

BC
103/9

| CUSTOMER P.O. | VESSEL/LEASE | BARGE NO 295 |
|---|---|---|
| | TERMS: | Net 30 Days |

| KIND / PACKAGES | | ITEM NO. / DESC. | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| EACH | 6 | SVCTR-S<br>TRASH DISPOSAL (35 LBS MAX) | 6 | 7.0000 | 42.00 |
| BAG | 1 | SVCOILY<br>OILY RAG DISPOSAL FEE | 1 | 33.0000 | 33.00 |



**John W Stone Oil Distributor LLC does not co-mingle any Bio-Diesel with ULSD. All of the diesel fuel we sell is 100% ULSD (max 15 ppm) with a minimum flash of 140 F.**

5% INTEREST CHARGE IS APPLICABLE TO THIS INVOICE 5 DAYS PAST THE DUE DATE

| | |
|---|---|
| Net Invoice: | $75.00 |
| LAX 2: | 0.00 |
| LAX 2 PL NT: | 0.00 |
| **Invoice Total** | **$75.00** |

GB 64658

GRETNA

# JOHN W. STONE
## OIL DISTRIBUTOR, L.L.C.
### (504) 366-3401

SOLD TO: Bouchard                    10400

P.O. #

M/V B. NO. 295          DATE 9-26, 2019

| H.M. | PRODUCT | UNIT | PRICE | AMOUNT |
|------|---------|------|-------|--------|
| X | NA1993, ULTRA LOW SULFUR DIESEL, 3, III, DYED, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE, 15PPM SULFUR (MAX) | | | |
| X | UN1203, GASOLINE, 3, II | | | |
| | USED OIL ___ % WATER | | | |
| | TRASH SUCHRS | 6 | | |
| | FILTERS: | | | |
| | 13" LONG & ABOVE | | | |
| | 6" LONG TO 12" LONG | | | |
| | 5" LONG & BELOW SUCODEY | | | |
| | Oily Trash | 1 | | |

By accepting delivery of the goods or services, the purchaser agrees to pay: (i) the seller's invoice within 30 calendar days from the date of delivery; (ii) interest, compounding monthly, at a rate of Prime plus 1%, or the maximum amount permitted by law, on any and all overdue amounts; and (iii) any and all collection costs and expenses incurred by seller in connection with the collection of any overdue amounts, including collection agency fees and reasonable attorney's fees.  In addition, the purchaser: (i) represents and warrants that it is authorized by the owner of the receiving vessel to order necessaries for and on the behalf of the receiving vessel; (ii) represents and warrants that the goods or services provided by the seller are necessaries to be used by the receiving vessel; (iii) represents and warrants that the seller will have a maritime lien on the receiving vessel (whether under 46 USC 31342, the General Maritime Laws of the United States, or otherwise); (iv) will assign to the seller any and all lien rights that it has against the receiving vessel; and (v) will indemnify and reimburse the seller for any and all costs and expenses incurred by the seller associated with any action that the seller undertakes to arrest or otherwise seize the receiving vessel. Any disclaimer-of-lien stamps placed hereon, or on a delivery receipt, are hereby rejected by the seller. Any such stamp will have no effect whatsoever. The seller does not waive, but rather expressly reserves, any and all in rem rights.

LOCATION Belle Chase     METER NO. 9-41
GALLON READING - FINISH

GALLON READING - START

Fuel tested before delivery and showed to be clear and no trace of water.

All hose connections on my vessel made by me or by my instructions.

Arrived _____          Departed _____

X _____
Customer Sign Here After Delivery

X Henry Smith
Print Name

JWS-14  Rev. 10/16