IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| E.N. BISSO & SON, INC. | § § | |
| v. | § § | CIVIL ACTION NO.: 2:19-cv-14666<br>ADMIRALTY - Rule 9(h) |
| M/V DONNA J. BOUCHARD,<br>her engines, boilers, tackle, furniture,<br>apparel, appurtenances, etc., *in rem*;<br>BARGE B. No. 272, its equipment,<br>appurtenances*, in rem*; and BOUCHARD<br>TRANSPORTATION CO., INC.<br>*in personam* | § § § § § § § § | SECTION E\| DIVISION 1<br><br>JUDGE MORGAN<br><br>MAGISTRATE JUDGE<br>VAN MEERVELD |

### ORDER

 **IT IS HEREBY ORDERED** that Bay-Houston Towing Co.'s Motion for Leave to File Intervention is **GRANTED**.

 **New Orleans, Louisiana this 18th day of March, 2020.**

                                           *Susie Morgan*
                              UNITED STATES DISTRICT JUDGE