UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC., <br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 19-14666 <br>     c/w 20-525 |
| M/V DONNA J. BOUCHARD, ET AL., <br>    Defendants | SECTION: "E" (1) |

*Applies to: Both Cases*

## ORDER

Before the Court is a motion to consolidate the above-captioned cases.[1]

**IT IS ORDERED** that the motion be and is hereby **GRANTED**. The above-captioned cases are hereby **CONSOLIDATED**. All future pleadings must reflect a caption as styled above.

**IT IS FURTHER ORDERED** that a telephone conference will be held on **Monday, April 6, 2020 at 10:00 a.m.**, to discuss the status of this consolidated matter. The Court will provide all counsel with the call-in instructions necessary to participate in this conference via telephone.

New Orleans, Louisiana, this 19th day of March, 2020.

                        _____
                              **SUSIE MORGAN**
                    **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 7, *Belle Chasse Marine Transportation, LLC v. M/V Donna J Bouchard, et al.*, 20-cv-525.