UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **E. N. BISSO & SON, INC.** | * **CIVIL ACTION** |
| **VERUS** | * **NO. 19-cv-14666** |
| **M/V DONNA J. BOUCHARD, her tackle,** | * **SECTION "E" (1)** |
| **Furniture, apparel, appurtenances,** *etc.* **in** | |
| *rem*, **and the Barge B. NO. 272, her tackle,** | * **JUDGE MORGAN** |
| **Furniture, apparel, appurtenances,** *etc.* **in** | |
| *rem* **and BOUCHARD TRANSPORTATION** | * **MAG VAN MEERVELD** |
| **CO., INC.** *in personam* | |

\* \* \* \* \* \* \* \* \*

**JOINT MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, come plaintiff, E.N. Bisso & Son, Inc., and Defendants, Tug Donna J. Bouchard Corp., B. No. 272 Corp., and Bouchard Transportation Co., Inc., and upon representing that the above parties have agreed to a full and final settlement of all of E.N. Bisso & Son, Inc.'s claims and causes of action at issue in this matter and, specifically, E.N. Bisso & Son, Inc.'s Rule C claims and other claims that were the basis for E.N. Bisso & Son, Inc.'s arrest and attachment of the M/V DONNA J. BOUCHARD and Barge B. No. 272, *in rem*, and for E.N. Bisso & Son, Inc.'s request for Interlocutory Sale of the Vessels, to jointly move this Honorable Court to dismiss the present proceeding as to E.N. Bisso & Son, Inc., with prejudice, each party to bear its own costs and, further, to vacate and dismiss the warrants of arrest and writs of attachment of the M/V DONNA J. BOUCHARD and Barge B. No. 272, *in rem*, issued at E.N. Bisso & Son, Inc's request on December 18, 2019.

E.N. Bisso & Son, Inc. acknowledges that it has no objection to Tug Donna J Bouchard Corp. and B. No. 272 Corp.'s Motion to Vacate the Court's March 10, 2020, Interlocutory Sale

Order with respect to the M/V DONNA J. BOUCHARD and Barge B. No. 272 [Rec. Doc. 58], as the dispute between E.N. Bisso & Son, Inc. and defendants has been fully and amicably resolved.

        Respectfully submitted,

        LUGENBUHL, WHEATON, PECK
        RANKIN & HUBBARD

        */s/ Stewart F. Peck*
        STEWART F. PECK (#10403)
        JAMES W. THURMAN (#38494)
        601 Poydras Street
        Suite 2775
        New Orleans, LA 70130
        Telephone: (504) 568-1990
        Facsimile: (504) 310-9195
        Email: speck@lawla.com;
        jthurman@lawla.com

        *Attorneys for E.N. Bisso & Son, Inc.*

        And

        MURPHY, ROGERS, SLOSS,
          GAMBEL & TOMPKINS

        */s/ Robert H. Murphy*
        _____
        Robert H. Murphy (#9850)
        rmurphy@mrsnola.com
        Timothy D. DePaula (#31699)
        tdepaula@rmsnola.com
        701 Poydras Street
        Suite 400, One Shell Square
        New Orleans, LA   70139
        Telephone:  (504) 523-0400
        Facsimile: (504) 523-5574
        *Attorneys for Tug DONNA J. BOUCHARD Corp. as owner of the M/V DONNA J. BOUCHARD, in rem, and B. No. 272 Corp., as owner of the Barge B. No. 272, in rem, and Bouchard Transportation Co., Inc.*

4851-9934-2264, v. 1