UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **E.N. BISSO & SON, INC.,**<br>    Plaintiff | **CIVIL DOCKET** |
| **VERSUS** | **NO. 19-14666**<br>       **c/w 20-525** |
| **DONNA J. BOUCHARD M/V, ET AL.,**<br>    Defendant | **SECTION: "E" (1)** |

*Applies to: 19-14666*

# ORDER

Before the Court is a Joint Motion to Dismiss filed by Plaintiff E.N. Bisso & Son, Inc. ("E.N. Bisso") and Defendants, Tug Donna J. Bouchard Corp., B. No. 272 Corp., and Bouchard Transportation Co., Inc.[1] E.N. Bisso and Defendants ask the Court to (1) dismiss all of E.N Bisso's claims and causes of action, with prejudice, each party to bear its own costs, and, (2) vacate and dismiss the warrants of arrest and writs of attachment of the M/V DONNA J. BOUCHARD and Barge B. No. 272, in rem, issued in this matter at E.N. Bisso's request on December 18, 2019.[2] The Court has been informed that certain intervenor plaintiffs wish to file oppositions to the Joint Motion to Dismiss.

Accordingly;

**IT IS ORDERED** that the Joint Motion to Dismiss will be considered on an expedited basis**.** Responses/oppositions to the Joint Motion to Dismiss are due no later than **Thursday, April 2, 2020 at 12:00 p.m.** Replies, if any, are due no later than **Friday, April 3, 2020 at 12:00 p.m.** The Court will discuss the Joint Motion to

---

[1] R. Doc. 105.
[2] *Id.*

1

Dismiss with the parties at the telephone status conference scheduled in this matter for **Monday, April 6, 2020 at 10:00 a.m.**[3]

**New Orleans, Louisiana, this 31st day of March, 2020.**

**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[3] R. Doc. 99.