IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SON, INC.,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 19-14666<br>c/w 20-525 |
| M/V DONNA J. BOUCHARD, ET AL.,<br>    Defendants | SECTION: "E" (1) |

*Applies to: Both Cases*

## BAY-HOUSTON'S MOTION TO DISMISS WITHOUT PREJUDICE
## AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, comes Bay-Houston Towing Co. ("Bay-Houston"), Intervenor Plaintiff, and files this Motion to Dismiss Without Prejudice and Incorporated Memorandum in Support, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and respectfully shows the following.

No defendant has filed an answer or a motion for summary judgment or otherwise appeared in this case, Cause No. 19-14666, for the claims asserted by Bay-Houston Towing Co. in its Verified Complaint in Intervention, R. Doc. 98.  The defendants against whom Bay-Houston asserted claims are M/V Donna J. Bouchard, in rem, Barge B. No. 272, in rem, and Bouchard Transportation Co., Inc., in personam ("Defendants").

Bay-Houston reached an interim agreement with Defendants that resolves its claims in rem against the M/V Donna J. Bouchard and the Barge B. No. 272, but which leaves open Bay-Houston's in personam claims against Bouchard Transportation Co., Inc. ("Bouchard").  Bouchard and Bay-Houston have agreed that this case will be dismissed without prejudice from re-filing the same in personam claims against Bouchard.

1

Bay-Houston has not previously dismissed any federal or state court action based on the claims asserted in this case.  However, pursuant to the interim agreement reached with Bouchard, Bay-Houston will also voluntarily dismiss without prejudice its case filed in Texas, Case No. 2:20-cv-00049 in the United States District Court for the Southern District of Texas, in which Bay-Houston asserts claims against M/V Barbara E. Bouchard, in rem, Barge B. No. 240, in rem, and Bouchard Transportation Co., Inc., in personam ("Texas Case").

Bay-Houston expressly intends that this dismissal of its claims in this case, and in the Texas Case, will have the effect of a dismissal without prejudice.  Accordingly, the effect of this voluntary dismissal is that Bay-Houston's claims against Defendants in this case should be dismissed without prejudice pursuant to Rule 41(a)(1).

Therefore, Bay-Houston prays the Court will grant this motion and enter an order dismissing without prejudice Bay-Houston's claims asserted in its Verified Complaint in Intervention, with costs taxed against the parties who incurred them, and grant such other relief as justice may require.

    Respectfully submitted,

    **HOLMAN FENWICK WILLAN USA LLP**

    /s/ *Christopher R. Hart*_____
    Christopher R. Hart
    Fed. ID . 12517
    Email:  chris.hart@hfw.com
    5151 San Felipe, Suite 400
    Houston, Texas  77056
    Telephone:     (713) 917-0888
    Telefax:          (713) 953-9470
    **PRO HAC VICE COUNSEL FOR**
    **BAY-HOUSTON TOWING CO.**

2

        */s/ Michael J. Wray*
        Michael J. Wray
        Fed. ID. 381651
        Email: Michael.wray@hfw.com
        5151 San Felipe, Suite 400
        Houston, Texas 77056
        Telephone:   (713) 917-0888
        Telefax:   (713) 953-9470
        **COUNSEL FOR**
        **BAY-HOUSTON TOWING CO.**

## CERTIFICATE OF SERVICE

     I hereby certify that on March 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. A true and correct copy of the foregoing instrument has been served upon all counsel of record via the Court's CM/ECF system.

        /s/ *Christopher R. Hart*
        Christopher R. Hart