UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E. N. BISSO & SON, INC. | * CIVIL ACTION |
| VERUS | * NO. 19-cv-14666 |
| M/V DONNA J. BOUCHARD, her tackle, Furniture, apparel, appurtenances, *etc. in rem*, and the Barge B. NO. 272, her tackle, Furniture, apparel, appurtenances, *etc. in rem* and BOUCHARD TRANSPORTATION CO., INC. *in personam* | * SECTION "E" (1)  <br> * JUDGE MORGAN  <br> * MAG VAN MEERVELD |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Intervenors, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc., and Defendants, Tug Donna J. Bouchard Corp., B. No. 272 Corp., and Bouchard Transportation Co., Inc., and upon representing that the above parties have agreed to a full and final settlement of all of Crescent Towing & Salvage Co., Inc.'s and Cooper/T. Smith Mooring Co., Inc.'s claims and causes of action at issue in this matter and, specifically, Crescent Towing & Salvage Co., Inc.'s and Cooper/T. Smith Mooring Co., Inc.'s, Rule C claims, Rule B claims and all other claims that were the basis for Crescent Towing & Salvage Co., Inc.'s and Cooper/T. Smith Mooring Co., Inc.'s arrest of the Barge B. No. 272, *in rem*, and attachment of the M/V DONNA J. BOUCHARD and Barge B. No. 272, to jointly move this Honorable Court to dismiss all of Crescent Towing & Salvage Co., Inc.'s and Cooper/T. Smith Mooring Co., Inc.'s, claims and causes of action asserted in their Interventions in the present proceeding, with prejudice, each party to bear its own costs and, further, to vacate and dismiss the warrant of arrest of the Barge

B. No.272, *in rem*, and the writs of attachment of the M/V DONNA J. BOUCHARD and Barge B. No. 272, issued at Crescent Towing & Salvage Co., Inc.'s and Cooper/T. Smith Mooring Co., Inc.'s, request in this proceeding.

        Respectfully submitted,

        Salley Hite Mercer & Resor, LLC

        */s/David M. Flotte*
        David M. Flotte (#1364)
        Kevin M. Frey (#35133)
        365 Canal Street, Suite 1710
        New Orleans, LA 70130
        Telephone: (504) 566-8800
        Facsimile: (504) 566-8828
        Email: dflotte@shmrlaw.com
               kfrey@shmrlaw.com
        *Attorneys for Crescent Towing & Salvage Co., Inc.'s and Cooper/T. Smith Mooring Co., Inc..*

        And

        MURPHY, ROGERS, SLOSS,
          GAMBEL & TOMPKINS

        */s/ Robert H. Murphy*
        _____
        Robert H. Murphy (#9850)
        rmurphy@mrsnola.com
        Timothy D. DePaula (#31699)
        tdepaula@rmsnola.com
        701 Poydras Street
        Suite 400, One Shell Square
        New Orleans, LA   70139
        Telephone:  (504) 523-0400
        Facsimile: (504) 523-5574
        *Attorneys for Tug DONNA J. BOUCHARD Corp. as owner of the M/V DONNA J. BOUCHARD, in rem, B. No. 272 Corp., as owner of the Barge B. N 272, in rem, and Bouchard Transportation Co., Inc*.

4840-4223-9417, v. 1