UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E. N. BISSO & SON, INC. | * CIVIL ACTION |
| VERUS | * NO. 19-cv-14666 |
| M/V DONNA J. BOUCHARD, her tackle, Furniture, apparel, appurtenances, *etc. in rem*, and the Barge B. NO. 272, her tackle, Furniture, apparel, appurtenances, *etc. in rem* and BOUCHARD TRANSPORTATION CO., INC. *in personam* | * SECTION "E" (1) * JUDGE MORGAN * MAG VAN MEERVELD |

*Applies to: 19-14666*

\* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss, and the Court having been advised that E.N. Bisso & Son, Inc. and all Defendants in this case have entered into a full and final settlement of all of E.N. Bisso & Son, Inc.'s claims and causes of action in this matter;

**IT IS ORDERED** that the motion is **GRANTED**. All of E.N Bisso and Son, Inc.'s claims and causes of action in the present case be and are hereby **DISMISSED, WITH PREJUDICE**, each party to bear its own costs, and, further, that the warrants of arrest and writs of attachment of the M/V DONNA J. BOUCHARD and Barge B. No. 272, in rem, issued in this matter at E.N. Bisso & Son, Inc's request on December18, 2019, are hereby vacated and dismissed.

New Orleans, Louisiana, this 7th day of April 2020.

_____
*Susie Morgan*
**UNITED STATES DISTRICT JUDGE**