## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **E.N. BISSO & SONS, INC** | *   **CIVIL ACTION No.:2:19-cv-14666** |
| | * |
| **VERSUS** | *   **SECTION "E"** |
| | * |
| **M/V DONNA J. BOUCHARD**, her tackle, | *   **MAG. DIVISION "1"** |
| furniture, apparel, appurtenances, etc., | * |
| *in rem*; and the | *   **JUDGE MORGAN** |
| **BARGE B. NO. 272**, her tackle, furniture, | * |
| apparel, appurtenances, etc., in rem; and, | *   **MAGISTRATE JUDGE** |
| **BOUCHARD TRANSPORTATION CO.** | *   **VAN MEERVELD** |
| **INC,** *in personam* | * |

## **MOTION TO COMPEL**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs-in-intervention, Boland Marine & Industrial, LLC ("Boland"), Belle Chasse Marine Transportation, LLC ("Belle Chasse Marine") and John W. Stone Oil Distributor, LLC ("Stone"), collectively the "Rule B Claimants," and for the reasons set forth in the accompanying memorandum file this Motion to Compel discovery responses by the defendants.

**Respectfully submitted:**

**LAW OFFICE OF CARY A. DES ROCHES**

/s/ Cary A. Des Roches
Cary A. Des Roches (LA Bar No. 19550)
225 Phosphor Avenue
Metairie, LA 70005
and
1100 Poydras Street
Suite 3250
New Orleans, LA 70170
Phone: (504) 588-1288

1

Facsimile: (504) 588-9750
cdr@desrocheslaw.com
*COUNSEL FOR BOLAND MARINE & INDUSTRIAL, LLC*

and

**COUHIG PARTNERS, LLC**
Robert E. Couhig, Jr. (La. Bar No. 4439)
Robert E. Couhig, III (La. Bar No. 29811)
Jeffrey T. Pastorek (La. Bar No. 33309)
1100 Poydras Street, Suite 3250
New Orleans, LA 70163
T: (504) 588-1288
F: (504) 588-9750
rcouhig@couhigpartners.com
jpastorek@couhigpartners.com
*COUNSEL FOR BOLAND MARINE & INDUSTRIAL, LLC*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery    ( ) Prepaid U.S. Mail
( ) Facsimile    ( ) Federal Express
( ) Electronic Mail    (x) CMF/ECF

New Orleans, Louisiana this 28th day of May 2020.

    /s/ Cary A. Des Roches_____
    CARY A. DES ROCHES