UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **E.N. BISSO & SONS, INC.** | * | **CIVIL ACTION No.:2:19-cv-14666** |
| | * | |
| versus | * | **SECTION "E"** |
| | * | |
| **M/V DONNA J. BOUCHARD,** her tackle, furniture, apparel, appurtenances, etc., *in rem*; and the | * * * | **MAG. DIVISION "1"** **JUDGE MORGAN** |
| | * | **MAGISTRATE JUDGE VAN** |
| **BARGE B. NO. 272,** her tackle, furniture, apparel, appurtenances, etc., *in rem*; and | * * | **MEERVELD** |
| **BOUCHARD TRANSPORTATION CO. INC,** *in personam*. | * * * | |
| **McALLISTER TOWING OF NEW YORK, INC.** **McALLISTER TOWING OF PHILADELPHIA, INC.** **STEELSTRAN INDUSTRIES, INC.** | * * * * * | |
| **Intervening Plaintiffs** | * * | |
| versus | * * | |
| **TUG DONNA J. BOUCHARD,** her tackle, furniture, apparel, appurtenances, etc., *in rem*; and the | * * * * | |
| **BARGE B. NO. 272,** her tackle, furniture, apparel, appurtenances, etc., Defendant *in rem*; and | * * * * | |
| **BOUCHARD TRANSPORTATION CO. INC,** Defendant *in personam*. | * * * | |

## <u>VERIFIED COMPLAINT IN INTERVENTION</u>

Intervening Plaintiffs McAllister Towing of New York, Inc., McAllister Towing of

Philadelphia, Inc., and Steelstran Industries, Inc. (collectively "Intervening Plaintiffs") bring this

Verified Complaint against defendants TUG DONNA J. BOUCHARD and BARGE B. NO. 272, *in rem* (collectively "Vessels") and for their claims for services which Intervening Plaintiffs provided on the order of Bouchard Transportation Co., Inc., *in personam* ("Bouchard", owner and/or operator of the Vessels) and plead as follows:

## JURISDICTION AND VENUE

1. This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P. 9(h) as it involves claims for enforcement of a maritime lien and for unjust enrichment.

2. This action also falls within this Court's admiralty and maritime jurisdiction under 28 U.S.C. § 1333, 46 U.S.C. § 31342, and Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims ("Supplemental Rule[s]") for arrest of the Vessels.

3. The Vessels are arrested in the navigable waters within the jurisdiction of this Court, and therefore, venue is proper pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. McAllister Towing of New York, Inc. and McAllister Towing of Philadelphia, Inc. are Delaware corporations.

5. Steelstran Industries, Inc. a New Jersey corporation.

6. Defendant Vessels are U.S. flagged and owned and/or operated by Bouchard, a New York corporation.

## FACTS

8. This is an action in admiralty, in rem, to enforce maritime liens for necessaries which Intervening Plaintiffs provided to the Vessels on the order of the Vessels' owner and/or operator. This lien arises from Intervening Plaintiffs' provision of necessaries to the Vessels pursuant to 46 U.S.C. § 31342.

9. On the order of Bouchard, which owns and/or operated the BARGE B. NO. 272, Intervening Plaintiffs McAllister Towing of New York, Inc. and McAllister Towing of Philadelphia, Inc., in October and November 2019 provided tug and tow services to the BARGE B. NO. 272 in the amount of $18,138.00 as follows:

McAllister Towing of New York, Inc.        $ 6,150
McAllister Towing of Philadelphia, Inc.    $11,988

10. On the order of Bouchard, which owns and/or operated the Vessels, Intervening Plaintiff Steelstran Industries, Inc. in December 2019 provided cordage and lubricants to the Vessels in the amount of $6,979.65

## Count I – Breach of Contracts, Bouchard, In Personam

11. Intervening Plaintiffs repeat the previous paragraphs.

12. Bouchard contracted with Intervening Plaintiffs for their goods and services. Bouchard has not paid Intervening Plaintiffs as it agreed to do and has breached its contracts with Intervening Plaintiffs, which have suffered damages as demanded below.

## Count II – Maritime Liens *In Rem* Against the Vessel

13. Intervening Plaintiffs repeat the previous paragraphs.

14. Intervening Plaintiffs on the order of Bouchard, the Vessels' owner and/or operator, provided maritime necessaries to the Vessels and thereby hold maritime liens *in rem* against the Vessels for the value of their goods and services.

15. Intervening Plaintiffs have not been paid for their maritime necessaries provided to the Vessels and therefore proceed to arrest the Vessels to execute on their maritime liens *in rem*, for sale of the Vessels and satisfaction of their maritime liens *in rem* as demanded below.

## PRAYER FOR RELIEF

WHEREFORE, Intervening Plaintiffs demand judgment as follows:

3

A. Against Defendant Bouchard, *in personam*, for the amount of the goods and services contracted for by Bouchard for provision to the Vessels, plus contractual attorneys' fees, interest, and costs, as follows:

| | |
|---|---|
| McAllister Towing of New York, LLC: | $ 6,150 |
| McAllister Towing of Philadelphia, Inc. | $11,988 |
| Steelstran Industries, Inc. | $ 6,979.65 |

B. Against the *in rem* defendant Vessels as follows:

1. That the Clerk of this Court issue a warrant for arrest of the Vessel, commanding the United States Marshal for this District, or pursuant to alternative service of the warrant as ordered by this Court, to arrest and take into custody the Defendant Vessel and detain the same in the custody of the substitute custodian until further order of this Court;

2. That the Court find that Intervening Plaintiffs hold valid maritime liens against the Vessel and its engines, appurtenances, furnishings, machinery, and equipment as provided by 46 U.S.C. § 31342, and by federal law construing the statute;

3. That the Court judgment *in rem* against the Vessels, including without limitations all of its engines, machinery, tools, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to the Vessel, whether on board or not, and order that Intervening Plaintiffs' claims of, against the BARGE B. NO. 272:

| | |
|---|---|
| McAllister Towing of New York, LLC | $ 6,150 |
| McAllister Towing of Philadelphia, LLC | $11,988 |

Against the Vessels,

| | |
|---|---|
| Steelstran Industries, Inc. | $ 6,979.65 |

be asserted and executed against the Vessels for Intervening Plaintiffs' maritime liens, in rem, and that the Vessels be sold to satisfy Intervening Plaintiffs' maritime liens in rem;

4

4. That the Court award Intervening Plaintiffs their costs and other expenses incurred in connection with this proceeding, including without limitations, all costs incurred in *custodia legis*; and

5. That the Court grant such other legal and equitable relief as this Court deems just and proper.

Dated: June 1, 2020

**Respectfully submitted:**

**LAW OFFICE OF CARY A. DES ROCHES**

/s/ Cary A. Des Roches
Cary A. Des Roches (LA Bar No. 19550)
225 Phosphor Avenue
Metairie, LA 70005

and

1100 Poydras Street
Suite 3250
New Orleans, LA 70170
Phone: (504) 588-1288
Facsimile: (504) 588-9750
cdr@desrocheslaw.com

and

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* applied for)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Phone:     (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

Counsel to McAllister Towing of New York, Inc., McAllister Towing of Philadelphia, Inc. and Steelstran Industries, Inc.

**VERIFICATION**

I am a principal of Simms Showers LLP, counsel to Intervening Plaintiffs. No officer of Intervening Plaintiffs is present in this District to make this declaration, which each Intervening Plaintiff has authorized me to make on its behalf based on facts including documents received from Intervening Plaintiffs. The facts alleged in the foregoing complaint are true and correct to the best of my knowledge and information based upon the records of Intervening Plaintiffs.

Pursuant to 28 U.S.C. § 1746(1), I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2020.

/s/ J. Stephen Simms
J. Stephen Simms

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery ( ) Prepaid U.S. Mail
( ) Facsimile ( ) Federal Express
( ) Electronic Mail (x) CMF/ECF

New Orleans, Louisiana this June 1, 2020.

/s/ J. Stephen Simms
J. Stephen Simms