UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E. N. BISSO & SON, INC. | *  CIVIL ACTION |
| VERSUS | *  NO. 19-cv-14666 |
| M/V DONNA J. BOUCHARD, her tackle, Furniture, apparel, appurtenances, *etc. in rem*, and the Barge B. NO. 272, her tackle, Furniture, apparel, appurtenances, *etc. in rem* and BOUCHARD TRANSPORTATION CO., INC. *in personam* | *  SECTION "E" (1) <br> *  JUDGE MORGAN <br> *  MAGISTRATE VAN MEERVELD |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO QUASH SUBPOENA

**NOW INTO COURT,** through undersigned counsel, come Defendants, Bouchard Transportation Co., Inc., Tug DONNA J. BOUCHARD Corp., as owner of the M/V DONNA J. BOUCHARD, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Federal Rules of Civil Procedure, and B. No. 272 Corp., as owner of the Barge B. No. 272, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Federal Rules of Civil Procedure, and moves this Honorable Court for an order quashing the subpoena plaintiff-in-intervention, Boland Marine & Industrial, LLC ("Boland"), recently served on Wells Fargo Bank ("Wells Fargo"), commanding Wells Fargo to disclose certain confidential and financial information regarding Defendants and other non-party entities. Boland's subpoena amounts to nothing more than the classic "fishing expedition" hoping to find evidence to support an alter ego claim that Boland is clearly unable to support.

For these and the reasons more fully explained in the attached memorandum in support,

1

the Court should grant Defendants' motion to quash and quash Boland's subpoena issued to Wells Fargo.

        Respectfully submitted,

        MURPHY, ROGERS, SLOSS,
         GAMBEL & TOMPKINS

        */s/ Robert H. Murphy*
        _____
        Robert H. Murphy (#9850)
        rmurphy@mrsnola.com
        Peter B. Sloss (#17142)
        psloss@mrsnola.com
        Timothy D. DePaula (#31699)
        tdepaula@mrsnola.com
        701 Poydras Street
        Suite 400, Hancock Whitney Center
        New Orleans, LA   70139
        Telephone:  (504) 523-0400
        Facsimile:  (504) 523-5574
        *Attorneys for Bouchard Transportation Co., Inc., Tug DONNA J. BOUCHARD Corp. as owner of the M/V DONNA J. BOUCHARD, in rem, making a restricted appearance pursuant to Rule E(8) of the Federal Rules of Civil Procedure, and B. No. 272 Corp., as owner of the Barge B. No. 272, in rem, making a restricted appearance pursuant to Rule E(8) of the Federal Rules of Civil Procedure*

4824-9723-6159, v. 1