UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E. N. BISSO & SON, INC. | * CIVIL ACTION |
| VERUS | * NO. 19-cv-14666 c/w 20-525 |
| M/V DONNA J. BOUCHARD, her tackle, Furniture, apparel, appurtenances, *etc. in rem*, and the Barge B. NO. 272, her tackle, Furniture, apparel, appurtenances, *etc. in rem* and BOUCHARD TRANSPORTATION CO., INC. *in personam* | * SECTION "E" (1) <br> * JUDGE MORGAN <br> * MAGISTRATE VAN MEERVELD |
| *   *   *   *   *   *   * | * **APPLIES TO ALL CASES** |

### EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Robert H. Murphy, Peter B. Sloss, Timothy D. DePaula and the law firm of Murphy, Rogers, Sloss, Gambel & Tompkins, (collectively "Murphy Rogers") to respectfully move this Honorable Court to issue an Order permitting them to withdraw as counsel of record for Defendants, Bouchard Transportation Co., Inc., Tug DONNA J. BOUCHARD Corp., as owner of the M/V DONNA J. BOUCHARD, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and B. No. 272 Corp., as owner of the Barge B. No. 272, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, based upon the following:

1.

Murphy Rogers has notified the Defendants in writing on June 10, 2020 via Certified Mail with Return Receipt and email to their representative, Morton S. Bouchard III, of their

intention to withdraw as counsel of record for the Defendants in this litigation for reasons Murphy Rogers maintains are consistent with the Louisiana Rules of Professional Conduct Rule 1.16(b)

2.

The present mailing address of each of the Defendants is 58 South Service Road, Ste. 150 Melville, NY  11757 and phone number is (516) 721-7522.  The email address of the corporate representative of each defendant is MSB111@bouchardtransport.com

3.

Murphy Rogers certifies they have complied with Local Rule 83.2.11 by providing notice in writing of their withdrawal to Defendants and have notified them of all pending court appearances and deadlines.

4.

Based upon the foregoing, Murphy Rogers maintains that good cause exists for this Honorable Court to grant this motion and allow Robert H. Murphy, Peter B. Sloss, Timothy D. DePaula and the law firm of Murphy, Rogers, Sloss, Gambel & Tompkins to withdraw as counsel of record in this litigation for the Defendants, Bouchard Transportation Co., Inc., Tug DONNA J. BOUCHARD Corp. as owner of the M/V DONNA J. BOUCHARD, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and B. No. 272 Corp., as owner of the Barge B. No. 272, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS

*/s/ Robert H. Murphy*
_____

Robert H. Murphy (#9850)
rmurphy@mrsnola.com
Peter B. Sloss (#17142)
psloss@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
701 Poydras Street
Suite 400, Hancock Whitney Center
New Orleans, LA   70139
Telephone:  (504) 523-0400
Facsimile:  (504) 523-5574
*Attorneys for Bouchard Transportation Co., Inc., Tug DONNA J. BOUCHARD Corp. as owner of the M/V DONNA J. BOUCHARD, in rem, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and B. No. 272 Corp., as owner of the Barge B. No. 272, in rem, making a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure*

5844

4819-8764-9983, v. 1