UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.N. BISSO & SONS, INC.<br>     Plaintiff,<br><br>VERSUS<br><br>M/V DONNA J. BOUCHARD, ET AL.,<br>     Defendants. | CIVIL ACTION NO. 2:19-CV-14666<br>C/W 2:20-CV-525<br><br>REF:  ALL CASES<br><br>SECTION "E" – DIVISION 1<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANTS

Defendants BOUCHARD TRANSPORTATION CO., INC., Tug DONNA J. BOUCHARD Corp., and B. NO. 272 Corp. (collectively "Defendants") move this Honorable Court to substitute Joshua S. Force (# 21975), Kevin M. McGlone (# 28145), Tyler M. DeAgano (# 38183), and Josie N. Serigne (# 38588), of the law firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., for Robert H. Murphy (# 9850), Peter B. Sloss (# 17142), and Timothy D. DePaula (# 31699), of the law firm of Murphy, Rogers, Sloss, Gambel & Tompkins, as counsel of record for Defendants in this litigation.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
 GAMBEL & TOMPKINS

 /s/ Robert H. Murphy
Robert H. Murphy (# 9850)
Peter B. Sloss (# 17142)
Timothy D. DePaula (# 31699)
701 Poydras Street
Suite 400, One Shell Square
New Orleans, Louisiana  70139
Telephone:      (504) 523-0400
Facsimile:      (504) 523-5574

E-mail: rmurphy@mrsnola.com
psloss@mrsnola.com
tdepaula@rmsnola.com

– and –

 /s/ Joshua S. Force
JOSHUA S. FORCE (# 21975)
KEVIN M. MCGLONE (# 28145)
TYLER M. DEAGANO (# 38183)
JOSIE N. SERIGNE (# 38588)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
E-mail: jforce@shergarner.com
kmcglone@shergarner.com
tdeagano@shergarner.com
jserigne@shergarner.com

Attorneys for Tug DONNA J. BOUCHARD Corp., as owner of the M/V DONNA J. BOUCHARD, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Federal Rules of Civil Procedure; B. No. 272 Corp., as owner of the Barge B. No. 272, *in rem*, making a restricted appearance pursuant to Rule E(8) of the Federal Rules of Civil Procedure; and Bouchard Transportation Co., Inc.